B1 (Official Form 1)(04/13)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sports Station, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**36-3158531** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7060 West 171st Street**<br>**Tinley Park, IL**<br><div align="right">ZIP Code<br>**60477**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)  (Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br><br>■ Chapter 7     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9        of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13       of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,    ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as        business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                          Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Sports Station, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                      Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Sports Station, Inc.**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ David C. Nelson**
  Signature of Attorney for Debtor(s)

  **David C. Nelson 6276706**
  Printed Name of Attorney for Debtor(s)

  **Law Offices of David C. Nelson, Ltd.**
  Firm Name

  **53 West Jackson Boulevard**
  **Suite 430**
  **Chicago, IL 60604-3648**

  Address

  **Email: dcnelson@nelsonlawoffice.com**
  **312-212-1977  Fax: 312-626-2479**
  Telephone Number

  **May 29, 2014**
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ James F. Garner**
  Signature of Authorized Individual

  **James F. Garner**
  Printed Name of Authorized Individual

  **President**
  Title of Authorized Individual

  **May 29, 2014**
  Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Sports Station, Inc.** ,
                                      Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 933,098.40 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 442,766.87 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 9,424.42 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 1,141,602.20 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 933,098.40 | | |
| Total Liabilities | | | | 1,593,793.49 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Sports Station, Inc.**                                                    ,    Case No. _____
                                                    Debtor

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re **Sports Station, Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Sports Station, Inc.**                                                                    ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Merit Bank** **Account #xx-xxxx-9850** **MB Financial Checking Account** **xxxxxx6123** | - - | 0.00 108,098.40 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **108,098.40**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re   **Sports Station, Inc.** _____,   Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Accounts Payable** | - | 825,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >   825,000.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Sports Station, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Inventory - Liquidated** | - | 0.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >     **0.00**
(Total of this page)

Total >     **933,098.40**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Sports Station, Inc.**                                    ,        Case No. _____

                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xx-x-x0308**<br><br>**FirstMerit Bank NA**<br>**c/o:  Pedersen & Houpt**<br>**161 N. Clark Street; Ste 3100**<br>**Chicago, IL 60601-3242** | | | | 1/1/2014<br><br>Statutory Lien<br><br>Inventory - Liquidated<br><br>Value $                0.00 | | | | 419,077.67 | 419,077.67 |
| Account No.<br><br>**Veneto, LLC**<br>**14300 Ravinia Ave**<br>**STE 200**<br>**Orland Park, IL 60462** | | | | 2011<br><br>Statutory Lien<br><br>Inventory - Liquidated<br><br>Value $                0.00 | | | | 23,689.20 | 23,689.20 |
| Account No. | | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | | <br><br><br><br>Value $ | | | | | |

<u>  0  </u> continuation sheets attached

| | Subtotal<br>(Total of this page) | 442,766.87 | 442,766.87 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 442,766.87 | 442,766.87 |

B6E (Official Form 6E) (4/13)

In re   **Sports Station, Inc.** _____,   Case No. _____
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*  Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Sports Station, Inc.**                                              ,        Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. **36-3158531** | | | | | | | | | | |
| **ILLINOIS DEPARTMENT OF REVENUE** Springfield, IL 62796 | - | | | | | | | | 9,424.42 | |
| | | | | | | | | 9,424.42 | | 0.00 |
| Account No. **xx-xxx8531** | | | | | | | | | | |
| **Internal Revenue Service** P.O. Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet ___1___ of ___1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 9,424.42 | 9,424.42 | 0.00 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 9,424.42 | 9,424.42 | 0.00 |

B6F (Official Form 6F) (12/07)

In re    **Sports Station, Inc.**                                      ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **ADAMS**<br>**P.O. BOX 415000**<br>**Nashville, TN 37241** | - | | | | | | | | 2,563.35 |
| Account No. | | | | | | | | | |
| **Advance to the Top, Inc.**<br>**1011 Grand Mesa Avenue**<br>**New Lenox, IL 60451** | - | | | | | | | | 3,495.00 |
| Account No. | | | | | | | | | |
| **ALL AMERICAN PAINT CO.**<br>**7701 NW PRAIRIE VIEW ROAD**<br>**STE 8**<br>**Kansas City, MO 64151** | - | | | | | | | | 2,600.00 |
| Account No. | | | | | | | | | |
| **ALL-STAR**<br>**P.O. Box 1356**<br>**Shirley, MA 01464** | - | | | | | | | | 8,393.72 |
| _22_ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 17,052.07 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sports Station, Inc.**                                              ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **123033** <br><br> **ALLESON ATHLETIC - PERFORMANCE UA DEALER P.O. BOX 14180 Rochester, NY 14614** | - | | | | | | 57,517.69 |
| Account No. **23033** <br><br> **ALLESON ATHLETICS P.O. BOX 14180 Rochester, NY 14614** | - | | | | | | 25,658.43 |
| Account No. <br><br> **AME INNOVATIONS, INC. - ACCUBAT P.O. BOX 122 East Bethel, MN 55011** | - | | | | | | 895.05 |
| Account No. <br><br> **Anderson Pest Solutions PO Box 600670 Jacksonville, FL 32260** | - | | | | | | 181.50 |
| Account No. **708429-0860** <br><br> **AT&T PO BOX 5080 Carol Stream, IL 60197** | - | | | | | | 1,608.99 |

Sheet no. __1___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

85,861.66

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sports Station, Inc.**
_____,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **708429-7502** | | | | | | | | |
| AT&T PO BOX 5080 Carol Stream, IL 60197 | | - | | | | | | 268.67 |
| Account No. **836229584** | | | | | | | | |
| AT&T Mobility PO BOX 6463 Carol Stream, IL 60197 | | - | | | | | | 80.39 |
| Account No. | | | | | | | | |
| ATHLETIC EQUIPMENT REPAIR CORPORATION 530 SOUTH 2ND STREET Milwaukee, WI 53204 | | - | | | | | | 18.95 |
| Account No. | | | | | | | | |
| AUGUSTA SPORTSWEAR P.O. Box 532095 Augusta, GA 30353 | | - | | | | | | 1,386.85 |
| Account No. **715** | | | | | | | | |
| BADGER SPORTSWEAR P.O. BOX 890011 Charlotte, NC 28289 | | - | | | | | | 10,421.84 |

Sheet no. __2__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,176.70

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sports Station, Inc.**                                                    ,          Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**BAUER PERFORMANCE LACROSSE, INC.** <br>**P.O. BOX 417210** <br>**Boston, MA 02241** | - | | | | | | 11,657.72 |
| Account No. <br><br>**BOXERCRAFT / Capital Business Credit LLC** <br>**PO BOX 100895** <br>**Atlanta, GA 30384** | - | | | | | | 702.27 |
| Account No. <br><br>**Brine, Inc.** <br>**16151 Collections Center Drive** <br>**Chicago, IL 60693** | - | | | | | | 7,323.49 |
| Account No. <br><br>**BRODER BROS.** <br>**6 Neshaminy Interplex Dr #400** <br>**Feastervl Trvs, PA 19053** | - | | | | | | 661.21 |
| Account No. **4246315141526330** <br><br>**Cardmember Service** <br>**PO Box 15153** <br>**Wilmington, DE 19886** | - | | | | | | 42,654.17 |

Sheet no. __3__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

62,998.86

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sports Station, Inc.**                                                    ,          Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-x-xx3931**<br><br>**Cascade Holdings**<br>**c/o: Pedersen & Houpt**<br>**161 N Clark St Ste 3100**<br>**Chicago, IL 60601** | - | | **4/7/2014**<br>**In the Circuit Court of Cook County, Illinois. Cascade Holdings, First Merit Bank NA v. James Garner, S G Real Estate LLC, Sports Station, Inc.** | | | | 30,001.00 |
| Account No.<br><br>**Cascade Holdings, LLC.**<br>**501 W. North Avenue**<br>**Melrose Park, IL 60160** | - | | | | | | 18,000.00 |
| Account No.<br><br>**CHAMPRO SPORTS**<br>**P.O. BOX 66164**<br>**Chicago, IL 60666** | - | | | | | | 4,597.79 |
| Account No. **73901**<br><br>**CHARLES RIVER APPAREL**<br>**1205 PROVIDENCE HIGHWAY**<br>**Sharon, MA 02067** | - | | | | | | 304.16 |
| Account No.<br><br>**Combat Sports**<br>**6651 S. 216th Street**<br>**Kent, WA 98032** | - | | | | | | 14,864.00 |

Sheet no. __4__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

67,766.95

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sports Station, Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| ComEd PO Box 6111 Carol Stream, IL 60197 | - | | | | | | 2,119.82 |
| Account No. | | | | | | | |
| COOK COUNTY VENDING 12620 S. HOLIDAY DRIVE UNIT C Alsip, IL 60803 | - | | | | | | 196.00 |
| Account No. | | | | | | | |
| CRISTALL THREAD & SUPPLY PO BOX 680 Kenmore, NY 14217 | - | | | | | | 1,935.83 |
| Account No. | | | | | | | |
| CUTTER'S GLOVES P.O. Box 1691 Minneapolis, MN 55480 | - | | | | | | 196.44 |
| Account No. | | | | | | | |
| DIAMOND NEEDLE CORP. 60 COMMERCE ROAD Carlstadt, NJ 07072 | - | | | | | | 46.80 |

| | | |
|---|---|---|
| Sheet no. __5__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 4,494.89 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sports Station, Inc.**                                              ,         Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**DRYMAX SPORTS, LLC**<br>**PO BOX 2300**<br>**Paso Robles, CA 93447** | - | | | | | | 473.83 |
| Account No. <br><br>**EASTON BELL SPORTS INC**<br>**P.O. BOX 406786**<br>**Atlanta, GA 30384** | - | | | | | | 143,386.24 |
| Account No. **xxxx-x-xx3204** <br><br>**Easton Sports, Inc.**<br>**c/o: Spilotro Law Group LLC**<br>**2551 N Clark Ste 300**<br>**Chicago, IL 60614** | - | | **3/19/2014**<br>**In the Circuit Court of Cook County Illinois.**<br>**Easton Sports, Inc. v. James Garner, Sports Station, Inc.** | | | | 151,692.00 |
| Account No. <br><br>**EVOSHIELD, LLC**<br>**P.O. BOX 935649**<br>**Atlanta, GA 31193** | - | | | | | | 1,951.50 |
| Account No. <br><br>**FIRST AID ONLY**<br>**11101 N.E. 37TH CIRCLE**<br>**Vancouver, WA 98682** | - | | | | | | 118.47 |

Sheet no. __6__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

297,622.04

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sports Station, Inc.** _____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1FC027084290500** | | | | | | | | |
| FIRST COMMUNICATIONS P.O. BOX 182854 Columbus, OH 43218 | - | | | | | | | 4,792.10 |
| Account No. | | | | | | | | |
| FISHER ATHLETIC P.O. BOX 1985 Salisbury, NC 28145 | - | | | | | | | 2,755.18 |
| Account No. | | | | | | | | |
| GAME SPORTSWEAR, LTD 1401 FRONT STREET Yorktown, NY 10598 | - | | | | | | | 64.76 |
| Account No. **69769** | | | | | | | | |
| GILDAN USA INC 23972 NETWORK PLACE Chicago, IL 60673 | - | | | | | | | 1,137.66 |
| Account No. | | | | | | | | |
| GMASTER LLC - CONSOLIDATED 1624 DOLWICK DRIVE Erlanger, KY 41018 | - | | | | | | | 616.60 |

Sheet no. __7__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **9,366.30**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sports Station, Inc.**                                             ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**GRAPHIC MARKING SYSTEMS** <br>**28457 N BALLARD DR** <br>**STE A1** <br>**Lake Forest, IL 60045** | - | | | | | | **2,881.00** |
| Account No. **12913** <br><br>**HIGH 5 SPORTSWEAR INC.** <br>**P.O. BOX 51626** <br>**Los Angeles, CA 90051** | - | | | | | | **8,781.63** |
| Account No. <br><br>**Hillerich & Bradsby Co.** <br>**PO Box 8500** <br>**Philadelphia, PA 19178** | - | | | | | | **1,640.72** |
| Account No. <br><br>**HOLLOWAY SPORTSWEAR, INC.** <br>**39228 TREASURY CENTER** <br>**Chicago, IL 60694** | - | | | | | | **24,055.38** |
| Account No. <br><br>**HUDSON ENERGY** <br>**24919 NETWORK PLACE** <br>**Chicago, IL 60673** | - | | | | | | **734.78** |

Sheet no. __8__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **38,093.51**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sports Station, Inc.**                                          , Case No. _____
                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **20520**<br><br>**JUGS SPORTS, INC**<br>**11885 S.W. HERMAN ROAD**<br>**Tualatin, OR 97062** | - | | | | | | 430.00 |
| Account No.<br><br>**JUST BASIC SPORTS, INC.**<br>**1615 N. GEYERS CHAPEL RD.**<br>**Wooster, OH 44691** | - | | | | | | 1,876.20 |
| Account No.<br><br>**KRANOS CORPORATION dba Schutt Reconditio**<br>**P.O. BOX 842584**<br>**Boston, MA 02284** | - | | | | | | 38,555.03 |
| Account No.<br><br>**LIBERTY MUTUAL INSURANCE**<br>**PO BOX 2051**<br>**Keene, OH 03431** | - | | | | | | 2,113.58 |
| Account No.<br><br>**MARCO AWARDS GROUP**<br>**PO BOX 1143**<br>**South  Windsor, CT 06074** | - | | | | | | 7,555.78 |

Sheet no. __9___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,530.59

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sports Station, Inc.** _____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**MARTIN SPORTS, INC.**<br>**P.O. BOX 6532**<br>**Carlstadt, CA 07072** | - | | | | | | 240.61 |
| Account No.<br><br>**MARUCCI, LLC**<br>**5818 MCCANN DRIVE**<br>**Baton Rouge, LA 70809** | - | | | | | | 14,864.00 |
| Account No.<br><br>**MJ SOFFE, LLC**<br>**PO BOX 601081**<br>**Charlotte, NC 28312** | - | | | | | | 4,898.13 |
| Account No. **54-68-38-7998 2**<br><br>**Nicor Gas**<br>**PO Box 5407**<br>**Carol Stream, IL 60197** | - | | | | | | 600.99 |
| Account No. **04-26-37-1000 8**<br><br>**Nicor Gas**<br>**PO Box 5407**<br>**Carol Stream, IL 60197** | - | | | | | | 1,079.13 |

Sheet no. __10__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,682.86

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sports Station, Inc.** ,                          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **97-16-37-1000 3** <br><br> **Nicor Gas** <br> **PO Box 5407** <br> **Carol Stream, IL 60197** | | - | | | | | 2,074.98 |
| Account No. **59-16-37-1000 3** <br><br> **Nicor Gas** <br> **PO Box 5407** <br> **Carol Stream, IL 60197** | | - | | | | | 24.62 |
| Account No. **48-25-83-1000 1** <br><br> **Nicor Gas** <br> **PO Box 5407** <br> **Carol Stream, IL 60197** | | - | | | | | 322.36 |
| Account No. **53154494** <br><br> **Office Depot** <br> **P.O. Box 88040** <br> **Chicago, IL 60680** | | - | | | | | 578.04 |
| Account No. <br><br> **ONE STROKE INKS** <br> **458 ROBERTS AVENUE** <br> **Louisville, KY 40214** | | - | | | | | 3,525.35 |

| | | |
|---|---|---|
| Sheet no. __11__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 6,525.35 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sports Station, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **OUTDOOR CAP COMPANY** **P.O. BOX 1000** **DEPT #150** **Memphis, TN 38148** | - | | | | | | | 15,988.62 |
| Account No. | | | | | | | | |
| **PACIFIC HEADWEAR** **PO BOX 22538** **Eugene, OR 97402** | - | | | | | | | 5,576.03 |
| Account No. xxxx-xx-xx0307 | | | | 5/8/2012 In the Circuit Court of Cook County, Illinois. Peak Properties LLC v. Sports Station Inc. | | | | |
| **Peak Properties** **c/o:  Huguelet & Huguelet** **10749 Winterset Drive** **Orland Park, IL 60467** | | | | | | | | 0.00 |
| Account No. xxxx-xx-xx0307 | | | | 5/8/2012 In the Circuit Court of Cook County, Illinois. Peak Properties LLC v. Sports Station, Inc. | | | | |
| **Peak Properties, LLC** **c/o:  Marvin L Husby, III** **852 W Armitage** **Chicago, IL 60614** | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **PITNEY BOWES GLOBAL FINANCIAL SERVICES** **PO BOX 371887** **Pittsburgh, PA 15250** | - | | | | | | | 201.00 |

Sheet no. __**12**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,765.65

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sports Station, Inc.**                                          ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **PLASTIC DRESS- UP** **75 REMITTANCE DRIVE** **STE 6071** **Chicago, IL 60675** | - | | | | | | 6.67 |
| Account No. | | | | | | | |
| **POCKET RADAR INC.** **3535 INDUSTRIAL DRIVE** **STE A4** **Santa Rosa, CA 95403** | - | | | | | | 1,299.90 |
| Account No. | | | | | | | |
| **Preferred Communication Systems** **18521 Spring Creek Dr.** **Unit A** **Tinley Park, IL 60477** | - | | | | | | 615.00 |
| Account No. | | | | | | | |
| **PRO-FEET INC.** **2220 ANTHONY ROAD** **Burlington, NC 27216** | - | | | | | | 2,372.66 |
| Account No. | | | | | | | |
| **Proven Business Systems** **18450 Crossing Drive** **STE D** **Tinley Park, IL 60487** | - | | | | | | 2,195.00 |

Sheet no. __13__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,489.23

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sports Station, Inc.** _____ ,       Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **PUKKA, INC** <br> **P.O. Box 1427** <br> **Lima, OH 45802** | - | | | | | | 264.00 |
| Account No. <br><br> **RAWLINGS SPORTING** <br> **P.O. BOX 910212** <br> **Dallas, TX 75391** | - | | | | | | 117,733.00 |
| Account No.  **xxxx-x-xx1332** <br><br> **Rawlings Sporting Goods** <br> **c/o:  Teller Levit Silvertrust** <br> **19 S. LaSalle Ste 701** <br> **Chicago, IL 60603** | - | | **2/10/2014** <br> **In the Circuit Court of Cook County, Illinois** <br> **Rawlings Sporting Goods v. James Garner,** <br> **Sports Station, Inc.** | | | | 117,773.00 |
| Account No. <br><br> **REEBOK INTERN'L LTD** <br> **PO BOX 405156** <br> **Atlanta, GA 30384** | - | | | | | | 6,962.08 |
| Account No. <br><br> **RF LLC** <br> **14300 Ravinia Ave** <br> **STE 200** <br> **Orland Park, IL 60462** | - | | | | | | 7,529.70 |

Sheet no. __**14**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

250,261.78

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sports Station, Inc.**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **SP604T** <br><br> **RICHARDSON HATS** <br> **P.O. BOX 71130** <br> **Springfield, OR 97475** | - | | | | | | 6,512.96 |
| Account No. <br><br> **RIP-IT SPORTING GOODS** <br> **4210 LB MCLEOD ROAD** <br> **STE 117** <br> **Orlando, FL 32811** | - | | | | | | 1,403.12 |
| Account No. <br><br> **Robert Huguelet** <br> **10749 Winterset Drive** <br> **Orland Park, IL 60467** | - | | **2014** <br> **Legal Fees.  Representation of Sports Station, Inc. Attorney** | | | | 0.00 |
| Account No. <br><br> **S & S ACTIVEWEAR LLC** <br> **8089 SOLUTIONS CENTER** <br> **Chicago, IL 60677** | - | | | | | | 5,486.33 |
| Account No. **6011371003873900** <br><br> **Sams Club Discover** <br> **PO Box 960016** <br> **Orlando, FL 32896** | - | | | | | | 2,550.73 |

Sheet no. __15__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,953.14

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sports Station, Inc.**                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **12717** <br><br> **SANMAR CORP** <br> **PO BOX 643693** <br> **Cincinnati, OH 45264** | - | | | | | | | 7,906.48 |
| Account No. **6007481** <br><br> **Santana Energy Services** <br> **425 Quadrangle Drive** <br> **STE 200** <br> **Bolingbrook, IL 60440** | - | | | | | | | 899.10 |
| Account No. **6007482** <br><br> **Santana Energy Services** <br> **426 Quadrangle Drive** <br> **STE 200** <br> **Bolingbrook, IL 60440** | - | | | | | | | 468.81 |
| Account No. **6007494** <br><br> **Santana Energy Services** <br> **427 Quadrangle Drive** <br> **STE 200** <br> **Bolingbrook, IL 60440** | - | | | | | | | 4.24 |
| Account No. <br><br> **SCREENWORKS** <br> **PO BOX 509** <br> **Techny, IL 60082** | - | | | | | | | 475.60 |

Sheet no. __16__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      9,754.23

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sports Station, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| SHELL PO BOX 183019 Columbus, OH 43218 | - | | | | | | 2,619.12 |
| Account No. | | | | | | | |
| SHOCK DOCTOR, INC. EB 147 - PO BOX 1691 Minneapolis, MN 55480 | - | | | | | | 4,721.86 |
| Account No. | | | | | | | |
| Sign Outlet Store 2200 OGDEN AVENUE Lisle, IL 60532 | - | | | | | | 912.74 |
| Account No. | | | | | | | |
| SKLZ 2081 FARADAY AVENUE Carlsbad, CA 92008 | - | | | | | | 1,762.77 |
| Account No. | | | | | | | |
| SOFT TOUCH BASES P.O. BOX 233 Waukesha, WI 53187 | - | | | | | | 182.00 |

Sheet no. __17__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,198.49

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sports Station, Inc.**                                              ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **SPEEDWAY SUPER AMERICA LLC** P.O. BOX 740587 Cincinnati, OH 45274 | - | | | | | | 678.97 |
| Account No. | | | | | | | |
| **SPORT WRITE** 2700 E. PATRICK LANE #6 Las Vegas, NV 89210 | | | | | | | 272.80 |
| Account No. | | | | | | | |
| **STAHLS' ID DIRECT** P.O. BOX 72497 Cleveland, OH 44192 | - | | | | | | 1,292.86 |
| Account No. | | | | | | | |
| **STONEWARE, INC.** 3879 E. 120TH AVE. Thornton, CO 80231 | - | | | | | | 1,625.00 |
| Account No. **xxxx-xx-xx1257** | | | 4/12/1994 In the Circuit Court of Cook County Illinois, Municipal Division; SW Neonatalogis, Abbasi I MD v. Robert W Wells, Kimberly B Wells, Sports Station, Inc. | | | | |
| **SW Neonatalogis** c/o: Sparacio & Allen 205 W Randolph; Ste 1020 Chicago, IL 60606 | - | | | | | | 650.00 |

Sheet no. __18__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          4,519.63

B6F (Official Form 6F) (12/07) - Cont.

In re **Sports Station, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| The Game LLC / DBA The Game P.O. Box 934673 Atlanta, GA 31193 | - | | | | | | 6,870.53 |
| Account No. | | | | | | | |
| THE HARTFORD P.O. BOX 660916 Dallas, TX 75266 | - | | | | | | 3,569.09 |
| Account No. | | | | | | | |
| THE STADIUM CHAIR P.O. BOX 4172 Midland, TX 79704 | - | | | | | | 1,056.00 |
| Account No. xxxx-xx-xx2104 | | | 3/28/2006 In the Circuit Court of Cook County, Illinois, Thillens, Inc. v. Daniel Leonard, Sports Station, INc. | | | | |
| Thillens, Inc. c/o: Walinski & Trunkett, P.C. 25 E Washington Ste 1221 Chicago, IL 60602 | - | | | | | | 587.35 |
| Account No. | | | | | | | |
| TINLEY PARK POLICE DEPARTMENT 7850 W. 183rd St. Tinley Park, IL 60477 | - | | | | | | 100.00 |

| | | |
|---|---|---|
| Sheet no. __19__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 12,182.97 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sports Station, Inc.**                                    ,         Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Toshiba America Business Solut** P.O. Box 740441 Atlanta, GA 30374 | - | | | | | | 1,343.25 |
| Account No. | | | | | | | |
| **TRI- MOUNTAIN** 4889 4TH STREET Irwindale, CA 91706 | - | | | | | | 53.25 |
| Account No. | | | | | | | |
| **TWIN CITY KNITTING** P.O. BOX 535687 Atlanta, GA 30353 | - | | | | | | 15,781.71 |
| Account No. | | | | | | | |
| **UNDER ARMOUR, INC** 1000 STEWARD AVENUE Baltimore, MD 21279 | - | | | | | | 17,578.14 |
| Account No. | | | | | | | |
| **UPS** LOCK BOX 577 Carol Stream, IL 60132 | - | | | | | | 1,023.06 |

Sheet no. __20__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,779.41

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sports Station, Inc.** _____,  Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| VENUS KNITTING MILLS 140 SPRING STREET STE 1 Murray Hill, NJ 07974 | - | | | | | | 9.40 |
| Account No. | | | | | | | |
| VF IMAGEWEAR, INC P.O. BOX 641993 Pittsburgh, PA 15264 | - | | | | | | 2,431.79 |
| Account No. | | | | | | | |
| VILLAGE OF TINLEY PARK 16250 S. OAK PARK AVENUE Tinley Park, IL 60477 | - | | | | | | 1,013.28 |
| Account No. | | | | | | | |
| WARRIOR SPORTS INC. 16151 COLLECTIONS CENTER DRIVE Chicago, IL 60693 | - | | | | | | 37,803.47 |
| Account No. | | | | | | | |
| WASTE MANAGEMENT PO BOX 4648 Carol Stream, IL 60148 | - | | | | | | 654.07 |

Sheet no. __21__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 41,912.01 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sports Station, Inc.**                                    ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **WILSON SPORTING GOODS** **P.O. BOX 3135** **Carol Stream, IL 60132** | - | | | | | | 58,305.52 |
| Account No. | | | | | | | |
| **WORTH** **P.O. BOX  910212** **Dallas, TX 75391** | - | | | | | | 308.36 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __22__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 58,613.88 |
| | Total (Report on Summary of Schedules) | 1,141,602.20 |

B6G (Official Form 6G) (12/07)

.

In re    **Sports Station, Inc.**                                                ,    Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **FirstMerit Bank NA**<br>**c/o:  Pedersen & Houpt**<br>**161 N. Clark Street; Ste 3100**<br>**Chicago, IL 60601-3242** | **Month to Month Lease of $2257/month rent per**<br>**settlement agreement.  No security deposit.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Sports Station, Inc.**                                                    ,                Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Sports Station, Inc.**
_____
                                          Debtor(s)

Case No. _____

Chapter   **7**   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**34**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **May 29, 2014**
_____

Signature   **/s/ James F. Garner**
_____
                  **James F. Garner**
                  **President**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Sports Station, Inc.**                                                    Case No.
_____                    Chapter   **7**
Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$-3,500.00** | **2014: Debtor Business Income** |
| **$-768,112.00** | **2013: Debtor Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                      SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **FirstMerit Bank NA** c/o:  Pedersen & Houpt 161 N. Clark Street; Ste 3100 Chicago, IL 60601-3242 | **12/11/2013** | **$2,257.00** | **$15,000.00** |
| **Cascade Holdings** c/o:  Pedersen & Houpt 161 N Clark St Ste 3100 Chicago, IL 60601 | **12/11/2013** | **$9,000.00** | **$111,000.00** |
| **FirstMerit Bank NA** c/o:  Pedersen & Houpt 161 N. Clark Street; Ste 3100 Chicago, IL 60601-3242 | **4/2014 for Payoff of FirstMerit Note** | **$102,772.00** | **$0.00** |
| **FirstMerit Bank NA** c/o:  Pedersen & Houpt 161 N. Clark Street; Ste 3100 Chicago, IL 60601-3242 | **4/2014 - Payment of all rent through April, 2014** | **$18,000.00** | **$0.00** |
| **FirstMerit Bank NA** c/o:  Pedersen & Houpt 161 N. Clark Street; Ste 3100 Chicago, IL 60601-3242 | **4/2014  Extra Payment** | **$1,812.00** | **$0.00** |
| **Other Expenses from Income Statement** | **4/2014** | **$109,798.00** | **$0.00** |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Veneto, LLC**<br>**14300 Ravinia Ave**<br>**STE 200**<br>**Orland Park, IL 60462**<br>   **Shareholder/s** | **Paid Out: $108,098.40 (2014). Returned: $2000 (4/3/14); $28,108.50 (5/19/2014); $77,989.90 (5/29/2014)** | **$108,098.40** | **$23,689.20** |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None     a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
☐     this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
     whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Case no. 14-L-50308 FirstMerit Bank, N.A. v. Sports Station, Incorporated** | **Civil** | **Circuit Court of Cook County Law Division 50 West Washington; Room 602 Chicago, IL 60602** | **Pending** |
| **Case No. 2014-L-003931; Cascade Holdings, LLC, FirstMerit Bank, NA v. James Garner, S G Real Estate, LLC and Sports Station, Inc.** | **Pending** | **Circuit Court of Cook County Law Division 50 West Washington; Room 602 Chicago, IL 60602** | **Pending** |
| **Case No. 2014-L-003204 Easton Sports, Inc. v. James Garner, Sports Station, Inc.** | **Civil** | **Circuit Court of Cook County Law Division 50 West Washington; Room 602 Chicago, IL 60602** | **Pending** |
| **Case No. 1994-M1-121257  SW Neonatalogism, Abbasi I MD v. Robert W Wells, Kimberly B. Wells, Sportstation, Inc.** | **Civil** | **Circuit Court of Cook County First Municipal District Daley Center 50 W. Washington Chicago, IL 60602** | **Judgement** |
| **Case No. 2006-M1-122104  Thillens, Inc. v. Daniel Leonard, Sports Station** | **Civil** | **Circuit Court of Cook County First Municipal District Daley Center 50 W. Washington Chicago, IL 60602** | **Judgment** |
| **Case No. 2012-M1-710307; Peak Properties, LLC v. Sports Station, Inc.** | **Civil** | **Circuit Court of Cook County First Municipal District Daley Center 50 W. Washington Chicago, IL 60602** | **Dismissed** |

None     b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■     preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
     property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
     filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
4

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of David C. Nelson, Ltd. 53 West Jackson Boulevard Suite 430 Chicago, IL 60604-3648** | **5/21/2014** | **$5,000.00** |

B7 (Official Form 7) (04/13)
5

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of David C. Nelson, Ltd.**<br>**53 West Jackson Boulevard**<br>**Suite 430**<br>**Chicago, IL 60604-3648** | **5/21/2014** | **$306 for pre-payment of the filing fee** |

---

### 10.  Other transfers

None
■
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■
b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

### 11.  Closed financial accounts

None
■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

### 12.  Safe deposit boxes

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

### 13.  Setoffs

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

### 14.  Property held for another person

None
■
List all property owned by another person that the debtor holds or controls.

---

B7 (Official Form 7) (04/13)
6

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

---

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
7

**18 . Nature, location and name of business**

None ■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None ■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None ■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None ■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

B7 (Official Form 7) (04/13)

8

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
| --- | --- | --- |

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
| --- | --- |

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
| --- | --- | --- |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

B7 (Official Form 7) (04/13)
9

**25. Pension Funds.**

None   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
☑     employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.


Date   **May 29, 2014**                    Signature   **/s/ James F. Garner**
                                                       **James F. Garner**
                                                       **President**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Sports Station, Inc.**

Debtor(s)

Case No.

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **5,000.00** |
    | Prior to the filing of this statement I have received | $ | **5,000.00** |
    | Balance Due | $ | **0.00** |

2.  $ **306.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:  **May 29, 2014**

**/s/ David C. Nelson**
**David C. Nelson 6276706**
**Law Offices of David C. Nelson, Ltd.**
**53 West Jackson Boulevard**
**Suite 430**
**Chicago, IL 60604-3648**
**312-212-1977  Fax: 312-626-2479**
**dcnelson@nelsonlawoffice.com**

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Sports Station, Inc.**

_____
Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **110**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date:   **May 29, 2014**                           **/s/ James F. Garner**
                                                    **James F. Garner**/**President**
                                                    Signer/Title

ADAMS
P.O. BOX 415000
Nashville, TN 37241


Advance to the Top, Inc.
1011 Grand Mesa Avenue
New Lenox, IL 60451


ALL AMERICAN PAINT CO.
7701 NW PRAIRIE VIEW ROAD
STE 8
Kansas City, MO 64151


ALL-STAR
P.O. Box 1356
Shirley, MA 01464


ALLESON ATHLETIC - PERFORMANCE UA DEALER
P.O. BOX 14180
Rochester, NY 14614


ALLESON ATHLETICS
P.O. BOX 14180
Rochester, NY 14614


AME INNOVATIONS, INC. - ACCUBAT
P.O. BOX 122
East Bethel, MN 55011


Anderson Pest Solutions
PO Box 600670
Jacksonville, FL 32260


AT&T
PO BOX 5080
Carol Stream, IL 60197


AT&T Mobility
PO BOX 6463
Carol Stream, IL 60197


ATHLETIC EQUIPMENT REPAIR CORPORATION
530 SOUTH 2ND STREET
Milwaukee, WI 53204

AUGUSTA SPORTSWEAR
P.O. Box 532095
Augusta, GA 30353


BADGER SPORTSWEAR
P.O. BOX 890011
Charlotte, NC 28289


BAUER PERFORMANCE LACROSSE, INC.
P.O. BOX 417210
Boston, MA 02241


BOXERCRAFT / Capital Business Credit LLC
PO BOX 100895
Atlanta, GA 30384


Brine, Inc.
16151 Collections Center Drive
Chicago, IL 60693


BRODER BROS.
6 Neshaminy Interplex Dr #400
Feastervl Trvs, PA 19053


Cardmember Service
PO Box 15153
Wilmington, DE 19886


Cascade Holdings
c/o: Pedersen & Houpt
161 N Clark St Ste 3100
Chicago, IL 60601


Cascade Holdings, LLC.
501 W. North Avenue
Melrose Park, IL 60160


CHAMPRO SPORTS
P.O. BOX 66164
Chicago, IL 60666


CHARLES RIVER APPAREL
1205 PROVIDENCE HIGHWAY
Sharon, MA 02067

Combat Sports
6651 S. 216th Street
Kent, WA 98032


ComEd
PO Box 6111
Carol Stream, IL 60197


COOK COUNTY VENDING
12620 S. HOLIDAY DRIVE
UNIT C
Alsip, IL 60803


CRISTALL THREAD & SUPPLY
PO BOX 680
Kenmore, NY 14217


CUTTER'S GLOVES
P.O. Box 1691
Minneapolis, MN 55480


DIAMOND NEEDLE CORP.
60 COMMERCE ROAD
Carlstadt, NJ 07072


DRYMAX SPORTS, LLC
PO BOX 2300
Paso Robles, CA 93447


EASTON BELL SPORTS INC
P.O. BOX 406786
Atlanta, GA 30384


Easton Sports, Inc.
c/o: Spilotro Law Group LLC
2551 N Clark Ste 300
Chicago, IL 60614


EVOSHIELD, LLC
P.O. BOX 935649
Atlanta, GA 31193


FIRST AID ONLY
11101 N.E. 37TH CIRCLE
Vancouver, WA 98682

FIRST COMMUNICATIONS
P.O. BOX 182854
Columbus, OH 43218


FirstMerit Bank NA
c/o: Pedersen & Houpt
161 N. Clark Street; Ste 3100
Chicago, IL 60601-3242


FISHER ATHLETIC
P.O. BOX 1985
Salisbury, NC 28145


GAME SPORTSWEAR, LTD
1401 FRONT STREET
Yorktown, NY 10598


GILDAN USA INC
23972 NETWORK PLACE
Chicago, IL 60673


GMASTER LLC - CONSOLIDATED
1624 DOLWICK DRIVE
Erlanger, KY 41018


GRAPHIC MARKING SYSTEMS
28457 N BALLARD DR
STE A1
Lake Forest, IL 60045


HIGH 5 SPORTSWEAR INC.
P.O. BOX 51626
Los Angeles, CA 90051


Hillerich & Bradsby Co.
PO Box 8500
Philadelphia, PA 19178


HOLLOWAY SPORTSWEAR, INC.
39228 TREASURY CENTER
Chicago, IL 60694


HUDSON ENERGY
24919 NETWORK PLACE
Chicago, IL 60673

ILLINOIS DEPARTMENT OF REVENUE
Springfield, IL 62796


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


JUGS SPORTS, INC
11885 S.W. HERMAN ROAD
Tualatin, OR 97062


JUST BASIC SPORTS, INC.
1615 N. GEYERS CHAPEL RD.
Wooster, OH 44691


KRANOS CORPORATION dba Schutt Reconditio
P.O. BOX 842584
Boston, MA 02284


LIBERTY MUTUAL INSURANCE
PO BOX 2051
Keene, OH 03431


MARCO AWARDS GROUP
PO BOX 1143
South  Windsor, CT 06074


MARTIN SPORTS, INC.
P.O. BOX 6532
Carlstadt, CA 07072


MARUCCI, LLC
5818 MCCANN DRIVE
Baton Rouge, LA 70809


MJ SOFFE, LLC
PO BOX 601081
Charlotte, NC 28312


Nicor Gas
PO Box 5407
Carol Stream, IL 60197

Office Depot
P.O. Box 88040
Chicago, IL 60680


ONE STROKE INKS
458 ROBERTS AVENUE
Louisville, KY 40214


OUTDOOR CAP COMPANY
P.O. BOX 1000
DEPT #150
Memphis, TN 38148


PACIFIC HEADWEAR
PO BOX 22538
Eugene, OR 97402


Peak Properties
c/o: Huguelet & Huguelet
10749 Winterset Drive
Orland Park, IL 60467


Peak Properties, LLC
c/o: Marvin L Husby, III
852 W Armitage
Chicago, IL 60614


PITNEY BOWES GLOBAL FINANCIAL SERVICES
PO BOX 371887
Pittsburgh, PA 15250


PLASTIC DRESS- UP
75 REMITTANCE DRIVE
STE 6071
Chicago, IL 60675


POCKET RADAR INC.
3535 INDUSTRIAL DRIVE
STE A4
Santa Rosa, CA 95403


Preferred Communication Systems
18521 Spring Creek Dr.
Unit A
Tinley Park, IL 60477

PRO-FEET INC.
2220 ANTHONY ROAD
Burlington, NC 27216


Proven Business Systems
18450 Crossing Drive
STE D
Tinley Park, IL 60487


PUKKA, INC
P.O. Box 1427
Lima, OH 45802


RAWLINGS SPORTING
P.O. BOX 910212
Dallas, TX 75391


Rawlings Sporting Goods
c/o: Teller Levit Silvertrust
19 S. LaSalle Ste 701
Chicago, IL 60603


REEBOK INTERN'L LTD
PO BOX 405156
Atlanta, GA 30384


RF LLC
14300 Ravinia Ave
STE 200
Orland Park, IL 60462


RICHARDSON HATS
P.O. BOX 71130
Springfield, OR 97475


RIP-IT SPORTING GOODS
4210 LB MCLEOD ROAD
STE 117
Orlando, FL 32811


Robert Huguelet
10749 Winterset Drive
Orland Park, IL 60467

S & S ACTIVEWEAR LLC
8089 SOLUTIONS CENTER
Chicago, IL 60677


Sams Club Discover
PO Box 960016
Orlando, FL 32896


SANMAR CORP
PO BOX 643693
Cincinnati, OH 45264


Santana Energy Services
425 Quadrangle Drive
STE 200
Bolingbrook, IL 60440


Santana Energy Services
426 Quadrangle Drive
STE 200
Bolingbrook, IL 60440


Santana Energy Services
427 Quadrangle Drive
STE 200
Bolingbrook, IL 60440


SCREENWORKS
PO BOX 509
Techny, IL 60082


SHELL
PO BOX 183019
Columbus, OH 43218


SHOCK DOCTOR, INC.
EB 147 - PO BOX 1691
Minneapolis, MN 55480


Sign Outlet Store
2200 OGDEN AVENUE
Lisle, IL 60532

SKLZ
2081 FARADAY AVENUE
Carlsbad, CA 92008


SOFT TOUCH BASES
P.O. BOX 233
Waukesha, WI 53187


SPEEDWAY SUPER AMERICA LLC
P.O. BOX 740587
Cincinnati, OH 45274


SPORT WRITE
2700 E. PATRICK LANE
#6
Las Vegas, NV 89210


STAHLS' ID DIRECT
P.O. BOX 72497
Cleveland, OH 44192


STONEWARE, INC.
3879 E. 120TH AVE.
Thornton, CO 80231


SW Neonatalogis
c/o: Sparacio & Allen
205 W Randolph; Ste 1020
Chicago, IL 60606


The Game LLC / DBA The Game
P.O. Box 934673
Atlanta, GA 31193


THE HARTFORD
P.O. BOX 660916
Dallas, TX 75266


THE STADIUM CHAIR
P.O. BOX 4172
Midland, TX 79704

Thillens, Inc.
c/o: Walinski & Trunkett, P.C.
25 E Washington Ste 1221
Chicago, IL 60602


TINLEY PARK POLICE DEPARTMENT
7850 W. 183rd St.
Tinley Park, IL 60477


Toshiba America Business Solut
P.O. Box 740441
Atlanta, GA 30374


TRI- MOUNTAIN
4889 4TH STREET
Irwindale, CA 91706


TWIN CITY KNITTING
P.O. BOX 535687
Atlanta, GA 30353


UNDER ARMOUR, INC
1000 STEWARD AVENUE
Baltimore, MD 21279


UPS
LOCK BOX 577
Carol Stream, IL 60132


Veneto, LLC
14300 Ravinia Ave
STE 200
Orland Park, IL 60462


VENUS KNITTING MILLS
140 SPRING STREET
STE 1
Murray Hill, NJ 07974


VF IMAGEWEAR, INC
P.O. BOX 641993
Pittsburgh, PA 15264

```
VILLAGE OF TINLEY PARK
16250 S. OAK PARK AVENUE
Tinley Park, IL 60477


WARRIOR SPORTS INC.
16151 COLLECTIONS CENTER DRIVE
Chicago, IL 60693


WASTE MANAGEMENT
PO BOX 4648
Carol Stream, IL 60148


WILSON SPORTING GOODS
P.O. BOX 3135
Carol Stream, IL 60132


WORTH
P.O. BOX 910212
Dallas, TX 75391
```

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Sports Station, Inc.**
_____
Debtor(s)

Case No. _____
Chapter    **7**    _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Sports Station, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**James Garner
8202 West Norwood Drive
Frankfort, IL 60423**

**Rosetto Family, LLC
14300 Ravinia Avenue
Suite 200
Orland Park, IL 60462**

**Veneto, LLC
14300 Ravinia Avenue
Suite 200
Orland Park, IL 60462**

☐ None [*Check if applicable*]

**May 29, 2014**
_____
Date

**/s/ David C. Nelson**
_____
**David C. Nelson 6276706**
Signature of Attorney or Litigant
Counsel for   **Sports Station, Inc.**
**Law Offices of David C. Nelson, Ltd.**
**53 West Jackson Boulevard
Suite 430
Chicago, IL 60604-3648
312-212-1977 Fax:312-626-2479
dcnelson@nelsonlawoffice.com**