## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: SPORTS STATION, INC.             Case No. 14-20092

Chapter   7

_____,

           Debtor

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 29, 2014.  The undersigned trustee was appointed on May 29, 2014.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of      $_____ 81,223.90

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 62,989.42 |
| Administrative expenses | 7,427.46 |
| Bank service fees | 1,006.90 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of [1]       $_____ 9,800.12

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 09/17/2014 and the deadline for filing governmental claims was 11/25/2014.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,311.20.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $6,786.27 as interim compensation and now requests the sum of $524.93, for a total compensation of $7,311.20.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $589.64 and now requests reimbursement for expenses of $212.87, for total expenses of $802.51.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/08/2015            By:/s/DEBORAH K. EBNER, Trustee
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 14-20092 | **Trustee:** (330480)  DEBORAH K. EBNER, Trustee |
| **Case Name:** SPORTS STATION, INC. | **Filed (f) or Converted (c):** 05/29/14 (f) |
| | **§341(a) Meeting Date:** 07/16/14 |
| **Period Ending:** 06/08/15 | **Claims Bar Date:** 09/17/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br><br> Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   First Merit Bank Account #xx-xxxx-9850 | 0.00 | 0.00 | | 0.00 | FA |
| 2   MB Financial Checking Account xxxxxx6123 | 108,098.40 | 0.00 | | 79,719.90 | FA |
| 3   Accounts Payable | 825,000.00 | 0.00 | | 0.00 | FA |
| 4   Inventory - Liquidated | 0.00 | 0.00 | | 0.00 | FA |
| 5   LIQUIDATED DEBTS OWING DEBTOR  (u) | Unknown | Unknown | | 1,504.00 | FA |
| **5   Assets    Totals** (Excluding unknown values) | **$933,098.40** | **$0.00** | | **$81,223.90** | **$0.00** |

**Major Activities Affecting Case Closing:**

This is a newly filed case. The 341 meeting is scheduled for July 2014.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2017    **Current Projected Date Of Final Report (TFR):**    December 31, 2017

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| **Case Number:** | 14-20092 | |
| **Case Name:** | SPORTS STATION, INC. | |
| **Taxpayer ID #:** | **-***8531 | |
| **Period Ending:** | 06/08/15 | |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER, Trustee (330480) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******5966 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/16/14 | {2} | MB Financial Bank | turnover of debtor's checking account | 1129-000 | 79,719.90 | | 79,719.90 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.22 | 79,681.68 |
| 07/09/14 | {5} | The Salvation Army-Ray & Joan Kroc Corps. Comm Ctr. | | 1221-000 | 1,064.00 | | 80,745.68 |
| 07/10/14 | {5} | Mount Assisi Academy | | 1221-000 | 440.00 | | 81,185.68 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 127.51 | 81,058.17 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.70 | 80,945.47 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.18 | 80,821.29 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.12 | 80,701.17 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.46 | 80,596.71 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.38 | 80,465.33 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.73 | 80,349.60 |
| 02/11/15 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #14-20092, Bond # 10BSBGR6291 | 2300-000 | | 51.55 | 80,298.05 |
| 02/20/15 | 102 | DEBORAH K. EBNER, Trustee | Surcharge per court order per  11 USC Section 506c | 2100-000 | | 6,786.27 | 73,511.78 |
| 02/20/15 | 103 | Deborah K. Ebner, Trustee | Ref # EXPENSE SURCHARGE PER 506 | 2200-000 | | 589.64 | 72,922.14 |
| 02/20/15 | 104 | First Merit Bank, NA | Stopped on 02/21/15 | 4210-000 | | 70,365.33 | 2,556.81 |
| 02/21/15 | 104 | First Merit Bank, NA | Stopped: check issued on 02/20/15 | 4210-000 | | -70,365.33 | 72,922.14 |
| 02/21/15 | 105 | First Merit Bank, NA | distribution net of surcharge | 4210-000 | | 62,989.42 | 9,932.72 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.42 | 9,829.30 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.07 | 9,814.23 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.11 | 9,800.12 |
| | | **ACCOUNT TOTALS** | | | 81,223.90 | 71,423.78 | **$9,800.12** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 81,223.90 | 71,423.78 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$81,223.90** | **$71,423.78** | |

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 14-20092 |
| Case Name: | SPORTS STATION, INC. |
| Taxpayer ID #: | **-***8531 |
| Period Ending: | 06/08/15 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER, Trustee (330480) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******5966 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking # ******5966 | | 81,223.90 | 71,423.78 | 9,800.12 |
| | | $81,223.90 | $71,423.78 | $9,800.12 |

Printed: 06/08/15 06:53 AM

# Claims Distribution Register

Page: 1

## Case: 14-20092   SPORTS STATION, INC.

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 25S | 05/29/14 | 100 | First Merit Bank, NA<br>c/o Bryan Minier/ Petersen & Houpt<br>161 North Clark #2700<br>Chicago, IL 60601<br>&lt;4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)&gt;<br>Per  Court Order entered 2/20/15 | 70,365.33 | 62,989.42 | 62,989.42 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 100 | Veneto, LLC<br>14300 Ravinia Ave<br>STE 200<br>Orland Park, IL 60462<br>&lt;4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:   100% Paid** | **$70,365.33** | **$62,989.42** | **$62,989.42** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$70,365.33** | **$62,989.42** | **$62,989.42** | **$0.00** | **$0.00** |
| **Admin Ch.  7 Claims:** | | | | | | | | |
| | 05/29/14 | 200 | Arthur B. Levine Company<br>60 East 42nd Street - Room 965<br>New york, NY 10165<br>&lt;2300-00   Bond Payments&gt; | 51.55 | 51.55 | 51.55 | 0.00 | 0.00 |
| | 05/29/14 | 200 | DEBORAH K. EBNER, Trustee<br>11 EAST ADAMS STREET<br>SUITE 904<br>CHICAGO, IL 60603<br>&lt;2100-00   Trustee Compensation&gt; | 7,311.20 | 7,311.20 | 6,786.27 | 524.93 | 524.93 |
| | 05/29/14 | 200 | Deborah K. Ebner, Trustee<br>11 East Adams Suite 904<br>Chicago, IL 60603<br>&lt;2200-00   Trustee Expenses&gt; | 802.51 | 802.51 | 589.64 | 212.87 | 212.87 |
| | 05/29/14 | 200 | Deborah K. Ebner, ESQ.<br>11 East Adams Suite 904<br>Chicago, IL 60603<br>&lt;3110-00   Attorney for Trustee Fees (Trustee Firm)&gt; | 2,830.50 | 2,830.50 | 0.00 | 2,830.50 | 2,830.50 |
| | | | **Total for Priority 200:   100% Paid** | **$10,995.76** | **$10,995.76** | **$7,427.46** | **$3,568.30** | **$3,568.30** |
| | | | **Total for Admin Ch.  7 Claims:** | **$10,995.76** | **$10,995.76** | **$7,427.46** | **$3,568.30** | **$3,568.30** |
| **Priority Claims:** | | | | | | | | |
| NOTFILED | 05/29/14 | 505 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>&lt;5200-00   Unsecured Claims Allowed&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Priority 505:   0% Paid** | | | | | |

Printed:  06/08/15 06:53 AM

# Claims Distribution Register

Page:  2

## Case:  14-20092   SPORTS STATION, INC.

| Claim # | Date | Pri | Claimant /<br>Proof / <Category> / Memo | Amount<br>Filed | Amount<br>Allowed | Paid<br>to Date | Claim<br>Balance | Proposed<br>Payment |
|---|---|---|---|---|---|---|---|---|
| 28P | 02/17/15 | 570 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338<br><5800-00   Claims of Governmental Units> | 22.52 | 22.52 | 0.00 | 22.52 | 22.52 |
| | | | **Priority 570:    100% Paid** | | | | | |
| | | | **Total for Priority Claims:** | **$22.52** | **$22.52** | **$0.00** | **$22.52** | **$22.52** |

**Unsecured Claims:**

| Claim # | Date | Pri | Claimant /<br>Proof / <Category> / Memo | Amount<br>Filed | Amount<br>Allowed | Paid<br>to Date | Claim<br>Balance | Proposed<br>Payment |
|---|---|---|---|---|---|---|---|---|
| 27U | 10/13/14 | 620 | Pacific Headgear<br>c/o Stein & Rotman<br>77 W. Washington St. #1105<br>Chicago, IL 60602<br><7200-00   Tardy General Unsecured § 726(a)(3)> | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Priority 620:    0% Paid** | | | | | |
| 1 | 06/16/14 | 810 | Wilson Sporting Goods Co<br>Pob 3135<br>Carol Stream, IL 60132<br><7100-00   General Unsecured § 726(a)(2)> | 58,305.52 | 58,305.52 | 0.00 | 58,305.52 | 347.68 |
| 2 | 06/23/14 | 810 | STAHLS' ID DIRECT<br>20600 Stephens St<br>Saint Clair Shores, MI 48081<br><7100-00   General Unsecured § 726(a)(2)> | 1,292.86 | 1,292.86 | 0.00 | 1,292.86 | 7.71 |
| 3 | 06/27/14 | 810 | One Stroke Inks<br>458 Robert Ave<br>Louisville, KY 40214<br><7100-00   General Unsecured § 726(a)(2)> | 3,525.35 | 3,525.35 | 0.00 | 3,525.35 | 21.02 |
| 4 | 06/30/14 | 810 | Cristall Thread & Supply Inc<br>POB 680<br>Buffalo, NY 14217<br><7100-00   General Unsecured § 726(a)(2)> | 1,935.83 | 1,935.83 | 0.00 | 1,935.83 | 11.54 |
| 5 | 06/30/14 | 810 | FISHER ATHLETIC<br>P.O. BOX 1985<br>Salisbury, NC 28144<br><7100-00   General Unsecured § 726(a)(2)> | 2,755.18 | 2,755.18 | 0.00 | 2,755.18 | 16.43 |
| 6 | 07/01/14 | 810 | SHOCK DOCTOR, INC.<br>Teller Levit & Silvertrust PC<br>19 S LaSalle St Suite 701<br>Chicago, IL 60603<br><7100-00   General Unsecured § 726(a)(2)><br>Disallowed per order of 5/28/15 docket # 24 | 4,918.30 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7 | 07/07/14 | 810 | HOLLOWAY SPORTSWEAR, INC.<br>Teller Levit & Silvertrust PC<br>19 S LaSalle Street Suite 701<br>Chicago, IL 60603<br><7100-00   General Unsecured § 726(a)(2)> | 24,055.80 | 24,055.80 | 0.00 | 24,055.80 | 143.45 |

Printed: 06/08/15 06:53 AM          **Claims Distribution Register**          Page: 3

## Case:  14-20092   SPORTS STATION, INC.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 8 | 07/07/14 | 810 | HIGH FIVE SPORTSWEAR<br>Teller Levit & Silvertrust PC<br>19 S LaSalle St Suite 701<br>Chicago, IL 60603<br><7100-00  General Unsecured § 726(a)(2)> | 8,781.63 | 8,781.63 | 0.00 | 8,781.63 | 52.37 |
| 9 | 07/07/14 | 810 | BAUER PERFORMANCE LACROSSE, INC.<br>Teller Levit & Silvertrust PC<br>19 S LaSalle St Suite 701<br>Chicago, IL 60603<br><7100-00  General Unsecured § 726(a)(2)> | 11,657.72 | 11,657.72 | 0.00 | 11,657.72 | 69.52 |
| 10 | 07/07/14 | 810 | The Game<br>Teller Levit & Silvertrust PC<br>19 S LaSalle St Suite 701<br>Chicago, IL 60603<br><7100-00   General Unsecured § 726(a)(2)> | 6,870.53 | 6,870.53 | 0.00 | 6,870.53 | 40.97 |
| 11 | 07/07/14 | 810 | MJ SOFFE, LLC<br>Teller Levit & Silvertrust PC<br>19 S LaSalle St Suite 701<br>Chicago, IL 60603<br><7100-00   General Unsecured § 726(a)(2)> | 4,898.13 | 4,898.13 | 0.00 | 4,898.13 | 29.21 |
| 12 | 07/07/14 | 810 | SHOCK DOCTOR, INC.<br>Teller Levit & Silvertrust PC<br>19 S LaSalle St Suite 701<br>Chicago, IL 60603<br><7100-00   General Unsecured § 726(a)(2)> | 4,918.30 | 4,918.30 | 0.00 | 4,918.30 | 29.33 |
| 13 | 07/07/14 | 810 | AUGUSTA SPORTSWEAR INC<br>Teller Levit & Silvertrust PC<br>19 S LaSalle St Suite 701<br>Chicago, IL 60603<br><7100-00   General Unsecured § 726(a)(2)> | 1,386.85 | 1,386.85 | 0.00 | 1,386.85 | 8.27 |
| 14 -2 | 07/07/14 | 810 | Rawlings Sporting Goods Company Inc<br>Teller Levit & Silvertrust PC<br>19 S. LaSalle Ste 701<br>Chicago, IL 60603<br><7100-00   General Unsecured § 726(a)(2)> | 109,109.31 | 109,109.31 | 0.00 | 109,109.31 | 650.63 |
| 15 | 07/07/14 | 810 | BPS Diamond Sports Inc fka Combat Sports InC<br>Teller Levit & Silvertrust PC<br>19 S LaSalle St Suite 701<br>Chicago, IL 60603<br><7100-00   General Unsecured § 726(a)(2)> | 14,864.00 | 14,864.00 | 0.00 | 14,864.00 | 88.64 |
| 16 | 07/08/14 | 810 | REEBOK INTERN'L LTD<br>Teller Levit & Silvertrust PC<br>19 S LaSalle St Suite 701<br>Chicago, IL 60603<br><7100-00   General Unsecured § 726(a)(2)> | 6,962.08 | 6,962.08 | 0.00 | 6,962.08 | 41.52 |

Printed: 06/08/15 06:53 AM

# Claims Distribution Register

Page: 4

## Case: 14-20092   SPORTS STATION, INC.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 17 | 07/08/14 | 810 | AMPAC/ALLSTAR Enterprises Inc<br>Teller Levit & Silvertrust PC<br>19 S LaSalle St Suite 701<br>Chicago, IL 60603<br><7100-00   General Unsecured § 726(a)(2)> | 10,464.27 | 10,464.27 | 0.00 | 10,464.27 | 62.40 |
| 18 | 07/09/14 | 810 | SPEEDWAY LLC<br>PO BOX 1590<br>SPRINGFIELD, OH 45501<br><7100-00   General Unsecured § 726(a)(2)> | 678.97 | 678.97 | 0.00 | 678.97 | 4.05 |
| 19 | 07/10/14 | 810 | First Communications LLC<br>3340 W Market St<br>Akron, CA 44333<br><7100-00   General Unsecured § 726(a)(2)> | 13,396.70 | 13,396.70 | 0.00 | 13,396.70 | 79.89 |
| 20 | 07/14/14 | 810 | BPS Diamond Sports<br>539- 20 Canoek Rd<br>Ottawa, ON KIJHS<br><7100-00   General Unsecured § 726(a)(2)><br>Disallowed per order of 5/28/15 - docket 25 | 14,864.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 | 07/30/14 | 810 | BB&T Commercial Finance<br>PO Box 310<br>High Point, NC 27261<br><7100-00   General Unsecured § 726(a)(2)> | 10,421.84 | 10,421.84 | 0.00 | 10,421.84 | 62.15 |
| 22 | 08/18/14 | 810 | Nicor Gas<br>Po box 549<br>Aurora, IL 60507<br><7100-00   General Unsecured § 726(a)(2)> | 998.35 | 998.35 | 0.00 | 998.35 | 5.95 |
| 23 | 08/19/14 | 810 | Alleson Athletic<br>CCC of NY<br>PO Box 288<br>Tonawanda, NY 14150<br><7100-00   General Unsecured § 726(a)(2)> | 26,836.19 | 26,836.19 | 0.00 | 26,836.19 | 160.03 |
| 24 | 08/29/14 | 810 | Richardson Sports Inc<br>Richardson Cap Company<br>PO Box 71130<br>Springfield, OR 97475<br><7100-00   General Unsecured § 726(a)(2)> | 6,533.19 | 6,533.19 | 0.00 | 6,533.19 | 38.96 |
| 25 | 09/16/14 | 810 | FirstMerit Bank, N.A.<br>c/o Bryan E. Minier,Pedersen &<br>Houpt,161 N. Clark, Suite 2700<br>Chicago, IL 60601-3242<br><7100-00   General Unsecured § 726(a)(2)><br>Secured claim in the amount of $442,211.84 amended 3/11/15 to unsecured in the amount of $379,222.42 | 379,222.42 | 379,222.42 | 0.00 | 379,222.42 | 2,261.36 |
| 26S | 09/16/14 | 810 | CMB, LLC<br>14300 S. Ravinia Avenue<br>Orland Park, IL 60462<br><7100-00   General Unsecured § 726(a)(2)><br>Claim Amended to unsecured 3/20/15 | 108,098.40 | 0.00 | 0.00 | 0.00 | 0.00 |

Printed:  06/08/15 06:53 AM                    **Claims Distribution Register**                    Page:  5

## Case:  14-20092   SPORTS STATION, INC.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 26U | 09/16/14 | 810 | CMB, LLC<br>14300 S. Ravinia Avenue<br>Orland Park, IL 60462<br><7100-00   General Unsecured § 726(a)(2)><br>Secured claim amended to unsecured on 3/20/15 | 223,306.66 | 331,405.06 | 0.00 | 331,405.06 | 1,976.22 |
| NOTFILED | 05/29/14 | 810 | ILLINOIS DEPARTMENT OF REVENUE<br>Springfield, IL 62796<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | ADAMS<br>P.O. BOX 415000<br>Nashville, TN 37241<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | Advance to the Top, Inc.<br>1011 Grand Mesa Avenue<br>New Lenox, IL 60451<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | ALL AMERICAN PAINT CO.<br>7701 NW PRAIRIE VIEW ROAD<br>STE 8<br>Kansas City, MO 64151<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | ALLESON ATHLETIC - PERFORMANCE UA DEALER<br>P.O. BOX 14180<br>Rochester, NY 14614<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | AME INNOVATIONS, INC. - ACCUBAT<br>P.O. BOX 122<br>East Bethel, MN 55011<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | Anderson Pest Solutions<br>PO Box 600670<br>Jacksonville, FL 32260<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | AT&T<br>PO BOX 5080<br>Carol Stream, IL 60197<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | AT&T<br>PO BOX 5080<br>Carol Stream, IL 60197<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Printed:  06/08/15 06:53 AM                    **Claims Distribution Register**                    Page:  6

## Case:  14-20092    SPORTS STATION, INC.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | 05/29/14 | 810 | AT&T Mobility<br>PO BOX 6463<br>Carol Stream, IL 60197<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | BOXERCRAFT / Capital Business<br>Credit LLC<br>PO BOX 100895<br>Atlanta, GA 30384<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | Brine, Inc.<br>16151 Collections Center Drive<br>Chicago, IL 60693<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | BRODER BROS.<br>6 Neshaminy Interplex Dr #400<br>Feastervl Trvs, PA 19053<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | Cascade Holdings c/o:  Pedersen &<br>Houpt<br>161 N Clark St Ste 3100<br>Chicago, IL 60601<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | Cascade Holdings, LLC.<br>501 W. North Avenue<br>Melrose Park, IL 60160<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | CHAMPRO SPORTS<br>P.O. BOX 66164<br>Chicago, IL 60666<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | CHARLES RIVER APPAREL<br>1205 PROVIDENCE HIGHWAY<br>Sharon, MA 02067<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | ComEd<br>PO Box 6111<br>Carol Stream, IL 60197<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | COOK COUNTY VENDING<br>12620 S. HOLIDAY DRIVE<br>UNIT C<br>Alsip, IL 60803<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Printed: 06/08/15 06:53 AM

# Claims Distribution Register

Page: 7

## Case:  14-20092    SPORTS STATION, INC.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | 05/29/14 | 810 | CUTTER'S GLOVES<br>P.O. Box 1691<br>Minneapolis, MN 55480<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | DIAMOND NEEDLE CORP.<br>60 COMMERCE ROAD<br>Carlstadt, NJ 07072<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | DRYMAX SPORTS, LLC<br>PO BOX 2300<br>Paso Robles, CA 93447<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | EASTON BELL SPORTS INC<br>P.O. BOX 406786<br>Atlanta, GA 30384<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | Easton Sports, Inc. c/o:  Spilotro Law Group LLC<br>2551 N Clark Ste 300<br>Chicago, IL 60614<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | EVOSHIELD, LLC<br>P.O. BOX 935649<br>Atlanta, GA 31193<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | FIRST AID ONLY<br>11101 N.E. 37TH CIRCLE<br>Vancouver, WA 98682<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | GAME SPORTSWEAR, LTD<br>1401 FRONT STREET<br>Yorktown, NY 10598<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | GILDAN USA INC<br>23972 NETWORK PLACE<br>Chicago, IL 60673<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | GMASTER LLC - CONSOLIDATED<br>1624 DOLWICK DRIVE<br>Erlanger, KY 41018<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | GRAPHIC MARKING SYSTEMS<br>28457 N BALLARD DR<br>STE A1<br>Lake Forest, IL 60045<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Printed:  06/08/15 06:53 AM                    **Claims Distribution Register**                    Page:  8

## Case:  14-20092   SPORTS STATION, INC.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---------|------|-----|--------------------------------------|--------------|----------------|--------------|---------------|------------------|
| NOTFILED | 05/29/14 | 810 | Hillerich & Bradsby Co.<br>PO Box 8500<br>Philadelphia, PA 19178<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | HUDSON ENERGY<br>24919 NETWORK PLACE<br>Chicago, IL 60673<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | JUGS SPORTS, INC<br>11885 S.W. HERMAN ROAD<br>Tualatin, OR 97062<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | JUST BASIC SPORTS, INC.<br>1615 N. GEYERS CHAPEL RD.<br>Wooster, OH 44691<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | KRANOS CORPORATION dba Schutt Reconditio<br>P.O. BOX 842584<br>Boston, MA 02284<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | LIBERTY MUTUAL INSURANCE<br>PO BOX 2051<br>Keene, OH 03431<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | MARCO AWARDS GROUP<br>PO BOX 1143<br>South Windsor, CT 06074<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | MARTIN SPORTS, INC.<br>P.O. BOX 6532<br>Carlstadt, CA 07072<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | MARUCCI, LLC<br>5818 MCCANN DRIVE<br>Baton Rouge, LA 70809<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | Nicor Gas<br>PO Box 5407<br>Carol Stream, IL 60197<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | Nicor Gas<br>PO Box 5407<br>Carol Stream, IL 60197<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Printed:  06/08/15 06:53 AM

# Claims Distribution Register

Page:  9

## Case:  14-20092    SPORTS STATION, INC.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---------|------|-----|---------------------------------------|--------------|----------------|--------------|---------------|------------------|
| NOTFILED | 05/29/14 | 810 | Nicor Gas<br>PO Box 5407<br>Carol Stream, IL 60197<br><7100-00  General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | Nicor Gas<br>PO Box 5407<br>Carol Stream, IL 60197<br><7100-00  General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | Nicor Gas<br>PO Box 5407<br>Carol Stream, IL 60197<br><7100-00  General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | Office Depot<br>P.O. Box 88040<br>Chicago, IL 60680<br><7100-00  General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | OUTDOOR CAP COMPANY<br>P.O. BOX 1000<br>DEPT #150<br>Memphis, TN 38148<br><7100-00  General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | Peak Properties c/o:  Huguelet & Huguelet<br>10749 Winterset Drive<br>Orland Park, IL 60467<br><7100-00  General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | Peak Properties, LLC c/o:  Marvin L Husby, III<br>852 W Armitage<br>Chicago, IL 60614<br><7100-00  General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PO BOX 371887<br>Pittsburgh, PA 15250<br><7100-00  General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | PLASTIC DRESS- UP<br>75 REMITTANCE DRIVE<br>STE 6071<br>Chicago, IL 60675<br><7100-00  General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | POCKET RADAR INC.<br>3535 INDUSTRIAL DRIVE<br>STE A4<br>Santa Rosa, CA 95403<br><7100-00  General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Printed:  06/08/15 06:53 AM | **Claims Distribution Register** | Page:  10

## Case:  14-20092   SPORTS STATION, INC.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---------|------|-----|--------------------------------------|--------------|----------------|--------------|---------------|------------------|
| NOTFILED | 05/29/14 | 810 | Preferred Communication Systems<br>18521 Spring Creek Dr.<br>Unit A<br>Tinley Park, IL 60477<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | PRO-FEET INC.<br>2220 ANTHONY ROAD<br>Burlington, NC 27216<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | Proven Business Systems<br>18450 Crossing Drive<br>STE D<br>Tinley Park, IL 60487<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | PUKKA, INC<br>P.O. Box 1427<br>Lima, OH 45802<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | RF LLC<br>14300 Ravinia Ave<br>STE 200<br>Orland Park, IL 60462<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | RIP-IT SPORTING GOODS<br>4210 LB MCLEOD ROAD<br>STE 117<br>Orlando, FL 32811<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | Robert Huguelet<br>10749 Winterset Drive<br>Orland Park, IL 60467<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | S & S ACTIVEWEAR LLC<br>8089 SOLUTIONS CENTER<br>Chicago, IL 60677<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | Sams Club Discover<br>PO Box 960016<br>Orlando, FL 32896<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | SANMAR CORP<br>PO BOX 643693<br>Cincinnati, OH 45264<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Printed: 06/08/15 06:53 AM

# Claims Distribution Register

Page: 11

## Case:  14-20092   SPORTS STATION, INC.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | 05/29/14 | 810 | Santana Energy Services<br>425 Quadrangle Drive<br>STE 200<br>Bolingbrook, IL 60440<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | Santana Energy Services<br>426 Quadrangle Drive<br>STE 200<br>Bolingbrook, IL 60440<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | Santana Energy Services<br>427 Quadrangle Drive<br>STE 200<br>Bolingbrook, IL 60440<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | SCREENWORKS<br>PO BOX 509<br>Techny, IL 60082<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | SHELL<br>PO BOX 183019<br>Columbus, OH 43218<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | Sign Outlet Store<br>2200 OGDEN AVENUE<br>Lisle, IL 60532<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | SKLZ<br>2081 FARADAY AVENUE<br>Carlsbad, CA 92008<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | SOFT TOUCH BASES<br>P.O. BOX 233<br>Waukesha, WI 53187<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | SPORT WRITE<br>2700 E. PATRICK LANE#6<br>Las Vegas, NV 89210<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | STONEWARE, INC.<br>3879 E. 120TH AVE.<br>Thornton, CO 80231<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | SW Neonatalogis c/o:  Sparacio &<br>Allen<br>205 W Randolph; Ste 1020<br>Chicago, IL 60606<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Printed:  06/08/15 06:53 AM                    **Claims Distribution Register**                    Page:  12

### Case:  14-20092   SPORTS STATION, INC.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---------|------|-----|--------------------------------------|--------------|----------------|--------------|---------------|------------------|
| NOTFILED | 05/29/14 | 810 | THE HARTFORD<br>P.O. BOX 660916<br>Dallas, TX 75266<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | THE STADIUM CHAIR<br>P.O. BOX 4172<br>Midland, TX 79704<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | Thillens, Inc. c/o:  Walinski & Trunkett, P.C.<br>25 E Washington Ste 1221<br>Chicago, IL 60602<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | TINLEY PARK POLICE DEPARTMENT<br>7850 W. 183rd St.<br>Tinley Park, IL 60477<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | Toshiba America Business Solut<br>P.O. Box 740441<br>Atlanta, GA 30374<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | TRI- MOUNTAIN<br>4889 4TH STREET<br>Irwindale, CA 91706<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | TWIN CITY KNITTING<br>P.O. BOX 535687<br>Atlanta, GA 30353<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | UNDER ARMOUR, INC<br>1000 STEWARD AVENUE<br>Baltimore, MD 21279<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | UPS<br>LOCK BOX 577<br>Carol Stream, IL 60132<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | VENUS KNITTING MILLS<br>140 SPRING STREET<br>STE 1<br>Murray Hill, NJ 07974<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | VF IMAGEWEAR, INC<br>P.O. BOX 641993<br>Pittsburgh, PA 15264<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Printed:  06/08/15 06:53 AM

# Claims Distribution Register

Page:  13

## Case:  14-20092   SPORTS STATION, INC.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | 05/29/14 | 810 | VILLAGE OF TINLEY PARK<br>16250 S. OAK PARK AVENUE<br>Tinley Park, IL 60477<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | WARRIOR SPORTS INC.<br>16151 COLLECTIONS CENTER DRIVE<br>Chicago, IL 60693<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | WASTE MANAGEMENT<br>PO BOX 4648<br>Carol Stream, IL 60148<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | WORTH<br>P.O. BOX  910212<br>Dallas, TX 75391<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | Rawlings Sporting<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | Athletic Equipment Repair<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/29/14 | 810 | Pacific Headgear<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 810:   0.59632% Paid** | **$1,061,058.38** | **$1,041,276.08** | **$0.00** | **$1,041,276.08** | **$6,209.30** |
| 27P | 10/13/14 | 820 | Pacific Headgear<br>c/o Stein & Rotman<br>77 W. Washington St. #1105<br>Chicago, IL 60602<br><7200-00   Tardy General Unsecured § 726(a)(3)><br>Reclassified - per order of 5/28/15 docket # 26 | 5,576.00 | 5,576.03 | 0.00 | 5,576.03 | 0.00 |
| | | | **Priority 820:   0% Paid** | | | | | |
| 28U | 02/17/15 | 830 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338<br><7400-00   Subordinated General Unsecured (Equitably or consensually subordinated)> | 3,429.00 | 3,429.00 | 0.00 | 3,429.00 | 0.00 |
| | | | **Priority 830:   0% Paid** | | | | | |
| | | | **Total for Unsecured Claims:** | **$1,070,063.41** | **$1,050,281.11** | **$0.00** | **$1,050,281.11** | **$6,209.30** |
| | | | **Total for Case :** | **$1,151,447.02** | **$1,124,288.81** | **$70,416.88** | **$1,053,871.93** | **$9,800.12** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-20092
Case Name: SPORTS STATION, INC.
Trustee Name: DEBORAH K. EBNER, Trustee

**Balance on hand:**                $              9,800.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|---------------|------------------------|-------------------------|------------------|
| None |  |  |  |  |  |

Total to be paid to secured creditors:     $              0.00
Remaining balance:     $              9,800.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|-------------------------|------------------|
| Trustee, Fees - DEBORAH K. EBNER, Trustee | 7,311.20 | 6,786.27 | 524.93 |
| Trustee, Expenses - Deborah K. Ebner, Trustee | 802.51 | 589.64 | 212.87 |
| Attorney for Trustee, Fees - Deborah K. Ebner, ESQ. | 2,830.50 | 0.00 | 2,830.50 |

Total to be paid for chapter 7 administration expenses:     $              3,568.30
Remaining balance:     $              6,231.82

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|-------------------------|------------------|
| None |  |  |  |

Total to be paid for prior chapter administrative expenses:     $              0.00
Remaining balance:     $              6,231.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $22.52 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|-------------------------|------------------|
| 28P | Illinois Department of Revenue | 22.52 | 0.00 | 22.52 |

**UST Form 101-7-TFR (05/1/2011)**

|                                    |              |
|------------------------------------|-------------:|
| Total to be paid for priority claims: | $        22.52 |
| Remaining balance:                 | $      6,209.30 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,041,276.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Wilson Sporting Goods Co | 58,305.52 | 0.00 | 347.68 |
| 2 | STAHLS' ID DIRECT | 1,292.86 | 0.00 | 7.71 |
| 3 | One Stroke Inks | 3,525.35 | 0.00 | 21.02 |
| 4 | Cristall Thread & Supply Inc | 1,935.83 | 0.00 | 11.54 |
| 5 | FISHER ATHLETIC | 2,755.18 | 0.00 | 16.43 |
| 7 | HOLLOWAY SPORTSWEAR, INC. | 24,055.80 | 0.00 | 143.45 |
| 8 | HIGH FIVE SPORTSWEAR | 8,781.63 | 0.00 | 52.37 |
| 9 | BAUER PERFORMANCE LACROSSE, INC. | 11,657.72 | 0.00 | 69.52 |
| 10 | The Game | 6,870.53 | 0.00 | 40.97 |
| 11 | MJ SOFFE, LLC | 4,898.13 | 0.00 | 29.21 |
| 12 | SHOCK DOCTOR, INC. | 4,918.30 | 0.00 | 29.33 |
| 13 | AUGUSTA SPORTSWEAR INC | 1,386.85 | 0.00 | 8.27 |
| 14 -2 | Rawlings Sporting Goods Company Inc | 109,109.31 | 0.00 | 650.63 |
| 15 | BPS Diamond Sports Inc fka Combat Sports InC | 14,864.00 | 0.00 | 88.64 |
| 16 | REEBOK INTERN'L LTD | 6,962.08 | 0.00 | 41.52 |
| 17 | AMPAC/ALLSTAR Enterprises Inc | 10,464.27 | 0.00 | 62.40 |
| 18 | SPEEDWAY LLC | 678.97 | 0.00 | 4.05 |
| 19 | First Communications LLC | 13,396.70 | 0.00 | 79.89 |
| 21 | BB&T Commercial Finance | 10,421.84 | 0.00 | 62.15 |
| 22 | Nicor Gas | 998.35 | 0.00 | 5.95 |
| 23 | Alleson Athletic | 26,836.19 | 0.00 | 160.03 |

**UST Form 101-7-TFR (05/1/2011)**

| 24 | Richardson Sports Inc | 6,533.19 | 0.00 | 38.96 |
|---|---|---|---|---|
| 25 | FirstMerit Bank, N.A. | 379,222.42 | 0.00 | 2,261.36 |
| 26U | CMB, LLC | 331,405.06 | 0.00 | 1,976.22 |

Total to be paid for timely general unsecured claims: $        6,209.30

Remaining balance: $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 5,576.03 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 27P | Pacific Headgear | 5,576.03 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $        0.00

Remaining balance: $        0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 3,429.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 28U | Illinois Department of Revenue | 3,429.00 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $        0.00

Remaining balance: $        0.00

**UST Form 101-7-TFR (05/1/2011)**