# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: SPORTS STATION, INC. | § | Case No. 14-20092 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn St., 7th Floor, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 08/05/2015 in Courtroom 742, United States Courthouse, 219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
   If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Date Mailed:  06/26/2015          By:  /s/DEBORAH K. EBNER
                                              Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: SPORTS STATION, INC. | § | Case No. 14-20092 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $    81,223.90

*and approved disbursements of*     $    71,423.78

*leaving a balance on hand of* [1]     $    9,800.12

**Balance on hand:**     $    9,800.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    9,800.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER, Trustee | 7,311.20 | 6,786.27 | 524.93 |
| Trustee, Expenses - Deborah K. Ebner, Trustee | 802.51 | 589.64 | 212.87 |
| Attorney for Trustee, Fees - Deborah K. Ebner, ESQ. | 2,830.50 | 0.00 | 2,830.50 |

Total to be paid for chapter 7 administration expenses:    $    3,568.30
Remaining balance:    $    6,231.82

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 6,231.82 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $22.52 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 28P | Illinois Department of Revenue | 22.52 | 0.00 | 22.52 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 22.52 |
| Remaining balance: | $ | 6,209.30 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,041,276.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Wilson Sporting Goods Co | 58,305.52 | 0.00 | 347.68 |
| 2 | STAHLS' ID DIRECT | 1,292.86 | 0.00 | 7.71 |
| 3 | One Stroke Inks | 3,525.35 | 0.00 | 21.02 |
| 4 | Cristall Thread & Supply Inc | 1,935.83 | 0.00 | 11.54 |
| 5 | FISHER ATHLETIC | 2,755.18 | 0.00 | 16.43 |
| 7 | HOLLOWAY SPORTSWEAR, INC. | 24,055.80 | 0.00 | 143.45 |
| 8 | HIGH FIVE SPORTSWEAR | 8,781.63 | 0.00 | 52.37 |
| 9 | BAUER PERFORMANCE LACROSSE, INC. | 11,657.72 | 0.00 | 69.52 |
| 10 | The Game | 6,870.53 | 0.00 | 40.97 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 11 | MJ SOFFE, LLC | 4,898.13 | 0.00 | 29.21 |
| 12 | SHOCK DOCTOR, INC. | 4,918.30 | 0.00 | 29.33 |
| 13 | AUGUSTA SPORTSWEAR INC | 1,386.85 | 0.00 | 8.27 |
| 14 -2 | Rawlings Sporting Goods Company Inc | 109,109.31 | 0.00 | 650.63 |
| 15 | BPS Diamond Sports Inc fka Combat Sports InC | 14,864.00 | 0.00 | 88.64 |
| 16 | REEBOK INTERN'L LTD | 6,962.08 | 0.00 | 41.52 |
| 17 | AMPAC/ALLSTAR Enterprises Inc | 10,464.27 | 0.00 | 62.40 |
| 18 | SPEEDWAY LLC | 678.97 | 0.00 | 4.05 |
| 19 | First Communications LLC | 13,396.70 | 0.00 | 79.89 |
| 21 | BB&T Commercial Finance | 10,421.84 | 0.00 | 62.15 |
| 22 | Nicor Gas | 998.35 | 0.00 | 5.95 |
| 23 | Alleson Athletic | 26,836.19 | 0.00 | 160.03 |
| 24 | Richardson Sports Inc | 6,533.19 | 0.00 | 38.96 |
| 25 | FirstMerit Bank, N.A. | 379,222.42 | 0.00 | 2,261.36 |
| 26U | CMB, LLC | 331,405.06 | 0.00 | 1,976.22 |

Total to be paid for timely general unsecured claims:     $     6,209.30
Remaining balance:     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 5,576.03 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 27P | Pacific Headgear | 5,576.03 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:     $     0.00
Remaining balance:     $     0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 3,429.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 28U | Illinois Department of Revenue | 3,429.00 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $             0.00
Remaining balance:                        $             0.00


Prepared By:  /s/DEBORAH K. EBNER, Trustee
                               Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 14-20092-CAD
Sports Station, Inc.                                                        Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams              Page 1 of 3              Date Rcvd: Jun 29, 2015
                              Form ID: pdf006              Total Noticed: 123

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2015.
```
db             #+Sports Station, Inc.,    7060 West 171st Street,    Tinley Park, IL 60477-3460
21990686        +ADAMS,    P.O. BOX 415000,    Nashville, TN 37241-5000
21990688       #+ALL AMERICAN PAINT CO.,    7701 NW PRAIRIE VIEW ROAD,    STE 8,    Kansas City, MO 64151-1542
21990690        +ALLESON ATHLETIC - PERFORMANCE UA DEALER,    P.O. BOX 14180,    Rochester, NY 14614-0180
21990691        +ALLESON ATHLETICS,    P.O. BOX 14180,    Rochester, NY 14614-0180
21990692        +AME INNOVATIONS, INC. - ACCUBAT,    P.O. BOX 122,    East Bethel, MN 55011-0122
21990689        +AMPAC/ALLSTAR Enterprises Inc,    Teller Levit & Silvertrust PC,    19 S LaSalle St Suite 701,
                  Chicago, IL 60603-6369
21990696        +ATHLETIC EQUIPMENT REPAIR CORPORATION,    530 SOUTH 2ND STREET,    Milwaukee, WI 53204-1613
21990697        +AUGUSTA SPORTSWEAR INC,    Teller Levit & Silvertrust PC,    19 S LaSalle St Suite 701,
                  Chicago, IL 60603-6369
21990687        +Advance to the Top, Inc.,    1011 Grand Mesa Avenue,    New Lenox, IL 60451-3120
22301582        +Alleson Athletic,    CCC of NY,    PO Box 288,    Tonawanda, NY 14151-0288
21990693        +Anderson Pest Solutions,    PO Box 600670,    Jacksonville, FL 32260-0670
21990698        +BADGER SPORTSWEAR,    P.O. BOX 890011,    Charlotte, NC 28289-0011
21990699        +BAUER PERFORMANCE LACROSSE, INC.,    Teller Levit & Silvertrust PC,    19 S LaSalle St Suite 701,
                  Chicago, IL 60603-6369
21990700        +BOXERCRAFT / Capital Business Credit LLC,    PO BOX 100895,    Atlanta, GA 30384-0895
22161073         BPS Diamond Sports,    5390-20 Canotek Road,    Ottawa, ON K1J H8
21990708        +BPS Diamond Sports Inc,    fka Combat Sports Inc,    Teller Levit & Silvertrust PC,
                  19 S LaSalle St Suite 701,    Chicago, IL 60603-6369
21990702        +BRODER BROS.,    6 Neshaminy Interplex Dr #400,    Feastervl Trvs, PA 19053-6966
21990701        +Brine, Inc.,    16151 Collections Center Drive,    Chicago, IL 60693-0161
21990706        +CHAMPRO SPORTS,    P.O. BOX 66164,    Chicago, IL 60666-0164
21990707        +CHARLES RIVER APPAREL,    1205 PROVIDENCE HIGHWAY,    Sharon, MA 02067-1671
22393751        +CMB, LLC,    14300 S. Ravinia Avenue,    Orland Park, IL 60462-2569
21990711        +CRISTALL THREAD & SUPPLY,    PO BOX 680,    Kenmore, NY 14217-0680
21990712        +CUTTER'S GLOVES,    P.O. Box 1691,    Minneapolis, MN 55480-1691
21990703        +Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
21990704        +Cascade Holdings,    c/o: Pedersen & Houpt,    161 N Clark St Ste 3100,    Chicago, IL 60601-3242
21990705        +Cascade Holdings, LLC.,    501 W. North Avenue,    Melrose Park, IL 60160-1603
22119063        +Cristall Thread & Supply Inc,    POB 680,    Buffalo NY 14217-0680
21990713        +DIAMOND NEEDLE CORP.,    60 COMMERCE ROAD,    Carlstadt, NJ 07072-2503
21990714        +DRYMAX SPORTS, LLC,    PO BOX 2300,    Paso Robles, CA 93447-2300
21990715        +EASTON BELL SPORTS INC,    P.O. BOX 406786,    Atlanta, GA 30384-6786
21990717        +EVOSHIELD, LLC,    P.O. BOX 935649,    Atlanta, GA 31193-5649
21990716        +Easton Sports, Inc.,    c/o: Spilotro Law Group LLC,    2551 N Clark Ste 300,
                  Chicago, IL 60614-7732
21990718        +FIRST AID ONLY,    11101 N.E. 37TH CIRCLE,    Vancouver, WA 98682-7217
21990719        +FIRST COMMUNICATIONS,    P.O. BOX 182854,    Columbus, OH 43218-2854
21990721        +FISHER ATHLETIC,    P.O. BOX 1985,    Salisbury, NC 28145-1985
22150027        +First Communications LLC,    3340 W Market St,    Akron, CA 44333-3306
21990720         FirstMerit Bank NA,    c/o: Pedersen & Houpt,    161 N. Clark Street; Ste 3100,
                  Chicago, IL 60601-3242
22391670        +FirstMerit Bank, N.A.,    c/o Bryan E. Minier,    Pedersen & Houpt,    161 N. Clark, Suite 2700,
                  Chicago, IL 60601-3311
21990722        +GAME SPORTSWEAR, LTD,    1401 FRONT STREET,    Yorktown, NY 10598-4646
21990723        +GILDAN USA INC,    23972 NETWORK PLACE,    Chicago, IL 60673-1239
21990724        +GMASTER LLC - CONSOLIDATED,    1624 DOLWICK DRIVE,    Erlanger, KY 41018-1018
21990725        +GRAPHIC MARKING SYSTEMS,    28457 N BALLARD DR,    STE A1,    Lake Forest, IL 60045-4545
21990726        +HIGH FIVE SPORTSWEAR,    Teller Levit & Silvertrust PC,    19 S LaSalle St Suite 701,
                  Chicago, IL 60603-6369
21990728        +HOLLOWAY SPORTSWEAR, INC.,    Teller Levit & Silvertrust PC,    19 S LaSalle Street Suite 701,
                  Chicago, IL 60603-6369
21990729        +HUDSON ENERGY,    24919 NETWORK PLACE,    Chicago, IL 60673-1249
21990727        +Hillerich & Bradsby Co.,    PO Box 8500,    Philadelphia, PA 19178-8500
21990730        +ILLINOIS DEPARTMENT OF REVENUE,    Springfield, IL 62796-0001
22938579         Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                  Chicago, Illinois 60664-0338
21990732        +JUGS SPORTS, INC,    11885 S.W. HERMAN ROAD,    Tualatin, OR 97062-8081
21990733        +JUST BASIC SPORTS, INC.,    1615 N. GEYERS CHAPEL RD.,    Wooster, OH 44691-9563
21990734        +KRANOS CORPORATION dba Schutt Reconditio,    P.O. BOX 842584,    Boston, MA 02284-2584
21990736        +MARCO AWARDS GROUP,    PO BOX 1143,    South Windsor, CT 06074-7143
21990737        +MARTIN SPORTS, INC.,    P.O. BOX 6532,    Carlstadt, CA 07072-0532
21990738        +MARUCCI, LLC,    5818 MCCANN DRIVE,    Baton Rouge, LA 70809-4149
21990739        +MJ SOFFE, LLC,    Teller Levit & Silvertrust PC,    19 S LaSalle St Suite 701,
                  Chicago, IL 60603-6369
21990740        +Nicor Gas,    PO Box 5407,    Carol Stream, IL 60197-5407
21990742        +ONE STROKE INKS,    458 ROBERTS AVENUE,    Louisville, KY 40214-3002
21990743        +OUTDOOR CAP COMPANY,    P.O. BOX 1000,    DEPT #150,    Memphis, TN 38148-0001
21990741        +Office Depot,    P.O. Box 88040,    Chicago, IL 60680-1040
22108589        +One Stroke Inks,    458 Robert Ave,    Louisville, KY 40214-3002
21990744        +PACIFIC HEADWEAR,    PO BOX 22538,    Eugene, OR 97402-0419
21990747        +PITNEY BOWES GLOBAL FINANCIAL SERVICES,    PO BOX 371887,    Pittsburgh, PA 15250-7887
```

```
District/off: 0752-1           User: dwilliams              Page 2 of 3                   Date Rcvd: Jun 29, 2015
                               Form ID: pdf006              Total Noticed: 123


21990748      +PLASTIC DRESS- UP,    75 REMITTANCE DRIVE,    STE 6071,    Chicago, IL 60675-6071
21990749      +POCKET RADAR INC.,    3535 INDUSTRIAL DRIVE,    STE A4,    Santa Rosa, CA 95403-2038
21990751      +PRO-FEET INC.,    2220 ANTHONY ROAD,    Burlington, NC 27215-8982
22508047      +Pacific Headgear,    c/o Stein & Rotman,    77 W. Washington St. #1105,    Chicago, IL 60602-3249
21990744      +Peak Properties,    Attn Michael Zucker,    2201 W Roscoe,    Chicago, IL 60618-6209
21990746      +Peak Properties, LLC,    c/o: Marvin L Husby, III,    852 W Armitage,    Chicago, IL 60614-7226
21990750      +Preferred Communication Systems,    18521 Spring Creek Dr.,    Unit A,
                Tinley Park, IL 60477-6259
21990752      +Proven Business Systems,    18450 Crossing Drive,    STE D,    Tinley Park, IL 60487-9370
21990754      +RAWLINGS SPORTING,    P.O. BOX 910212,    Dallas, TX 75391-0212
21990756      +REEBOK INTERN’L LTD,    Teller Levit & Silvertrust PC,    19 S LaSalle St Suite 701,
                Chicago, IL 60603-6369
21990757      +RF LLC,   14300 Ravinia Ave,    STE 200,    Orland Park, IL 60462-2578
21990758      +RICHARDSON HATS,    P.O. BOX 71130,    Springfield, OR 97475-0183
21990759     #+RIP-IT SPORTING GOODS,    4210 LB MCLEOD ROAD,    STE 117,    Orlando, FL 32811-5682
21990755      +Rawlings Sporting Goods,    Company Inc., a corporation,    Teller Levit Silvertrust PC,
                19 S. LaSalle Ste 701,    Chicago, IL 60603-6369
22347024      +Richardson Sports Inc,    Richardson Cap Company,    PO Box 71130,    Springfield, OR 97475-0183
21990760      +Robert Huguelet,    10749 Winterset Drive,    Orland Park, IL 60467-1106
21990763     ++SANMAR CORP,    22833 SE BLACK NUGGET RD,    STE 130,    ISSAQUAH WA 98029-3621
              (address filed with court: SANMAR CORP,    PO BOX 643693,    Cincinnati, OH 45264)
21990767      +SCREENWORKS,    PO BOX 509,    Techny, IL 60082-0509
21990768      +SHELL,    PO BOX 183019,    Columbus, OH 43218-3019
21990769      +SHOCK DOCTOR, INC.,    Teller Levit & Silvertrust PC,    19 S LaSalle St Suite 701,
                Chicago, IL 60603-6369
21990771      +SKLZ,   2081 FARADAY AVENUE,    Carlsbad, CA 92008-7230
21990772      +SOFT TOUCH BASES,    P.O. BOX 233,    Waukesha, WI 53187-0233
22142855      +SPEEDWAY LLC,    PO BOX 1590,    SPRINGFIELD OH 45501-1590
21990773      +SPEEDWAY SUPER AMERICA LLC,    P.O. BOX 740587,    Cincinnati, OH 45274-0587
21990774      +SPORT WRITE,    2700 E. PATRICK LANE,    #6,   Las Vegas, NV 89120-2464
21990776      +STONEWARE, INC.,    3879 E. 120TH AVE.,    Thornton, CO 80233-1658
21990777      +SW Neonatalogis,    c/o: Sparacio & Allen,    205 W Randolph; Ste 1020,    Chicago, IL 60606-1840
21990764      +Santana Energy Services,    425 Quadrangle Drive,    STE 200,    Bolingbrook, IL 60440-3413
21990765       Santana Energy Services,    426 Quadrangle Drive,    STE 200,    Bolingbrook, IL 60440
21990766       Santana Energy Services,    427 Quadrangle Drive,    STE 200,    Bolingbrook, IL 60440
21990770      +Sign Outlet Store,    2200 OGDEN AVENUE,    Lisle, IL 60532-1599
21990779      +THE HARTFORD,    P.O. BOX 660916,    Dallas, TX 75266-0916
21990780      +THE STADIUM CHAIR,    P.O. BOX 4172,    Midland, TX 79704-4172
21990782      +TINLEY PARK POLICE DEPARTMENT,    7850 W. 183rd St.,    Tinley Park, IL 60477-3681
21990784      +TRI- MOUNTAIN,    4889 4TH STREET,    Irwindale, CA 91706-2194
21990785      +TWIN CITY KNITTING,    P.O. BOX 535687,    Atlanta, GA 30353-5596
21990778      +The Game,    Teller Levit & Silvertrust PC,    19 S LaSalle St Suite 701,
                Chicago, IL 60603-6369
21990781      +Thillens, Inc.,    c/o: Walinski & Trunkett, P.C.,    25 E Washington Ste 1221,
                Chicago, IL 60602-1875
21990783      +Toshiba America Business Solut,    P.O. Box 740441,    Atlanta, GA 30374-0441
21990786      +UNDER ARMOUR, INC,    1000 STEWARD AVENUE,    Baltimore, MD 21279-0001
21990787      +UPS,    LOCK BOX 577,    Carol Stream, IL 60132-0577
21990789      +VENUS KNITTING MILLS,    140 SPRING STREET,    STE 1,   Murray Hill, NJ 07974-1134
21990790      +VF IMAGEWEAR, INC,    P.O. BOX 641993,    Pittsburgh, PA 15264-1993
21990791      +VILLAGE OF TINLEY PARK,    16250 S. OAK PARK AVENUE,    Tinley Park, IL 60477-1600
21990788      +Veneto, LLC,    14300 Ravinia Ave,    STE 200,    Orland Park, IL 60462-2578
21990792      +WARRIOR SPORTS INC.,    16151 COLLECTIONS CENTER DRIVE,    Chicago, IL 60693-0161
21990793      +WASTE MANAGEMENT,    PO BOX 4648,    Carol Stream, IL 60197-4648
21990794      +WILSON SPORTING GOODS,    P.O. BOX 3135,    Carol Stream, IL 60132-3135
21990795      +WORTH,    P.O. BOX   910212,   Dallas, TX 75391-0212
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21990694      +E-mail/Text: g17768@att.com Jun 30 2015 01:15:36      AT&T,    PO BOX 5080,
                Carol Stream, IL 60197-5080
21990695      +E-mail/Text: g20956@att.com Jun 30 2015 01:17:34      AT&T Mobility,    PO BOX 6463,
                Carol Stream, IL 60197-6463
22225371      +E-mail/Text: bankruptcy@bbandt.com Jun 30 2015 01:15:58      BB&T Commercial Finance,
                PO Box 310,    High Point, NC 27261-0310
21990709      +E-mail/Text: legalcollections@comed.com Jun 30 2015 01:17:39      ComEd,    PO Box 6111,
                Carol Stream, IL 60197-6111
21990731       E-mail/Text: cio.bncmail@irs.gov Jun 30 2015 01:15:56      Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
21990735      +E-mail/Text: bankruptcies@libertymutual.com Jun 30 2015 01:16:31       LIBERTY MUTUAL INSURANCE,
                PO BOX 2051,    Keene, OH 03431-7051
22290744      +E-mail/Text: bankrup@aglresources.com Jun 30 2015 01:15:27      Nicor Gas,    Po box 549,
                Aurora il 60507-0549
21990753      +E-mail/Text: jgarcia@pukkaheadwear.com Jun 30 2015 01:16:02       PUKKA, INC,   P.O. Box 1427,
                Lima, OH 45802-1427
21990761      +E-mail/Text: credit@ssactivewear.com Jun 30 2015 01:17:23       S & S ACTIVEWEAR LLC,
                8089 SOLUTIONS CENTER,    Chicago, IL 60677-8000
21990775      +E-mail/Text: credit@stahlsid.com Jun 30 2015 01:16:07      STAHLS’ ID DIRECT,
                20600 Stephens St,    Saint Clair Shores, MI 48080-1084
21990762      +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2015 01:13:59       Sams Club Discover,
                PO Box 960016,    Orlando, FL 32896-0016
```

```
District/off: 0752-1          User: dwilliams              Page 3 of 3                  Date Rcvd: Jun 29, 2015
                              Form ID: pdf006              Total Noticed: 123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                                    TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Law Office of Deborah Kanner Ebner
22057870*       +Wilson Sporting Goods Co,    Pob 3135,    Carol Stream, IL 60132-3135
21990710       ##+COOK COUNTY VENDING,    12620 S. HOLIDAY DRIVE,    UNIT C,    Alsip, IL 60803-3262
                                                                                         TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2015 at the address(es) listed below:
```
              Bryan E. Minier    on behalf of Creditor    Cascade Holdings, LLC bminier@pedersenhoupt.com,
               skwon@pedersenhoupt.com
              Bryan E. Minier    on behalf of Creditor    Firstmerit Bank, NA bminier@pedersenhoupt.com,
               skwon@pedersenhoupt.com
              Christopher H Purcell    on behalf of Creditor    CMB, LLC shermlaw13@aol.com
              David C. Nelson    on behalf of Debtor    Sports Station, Inc. dcnelson@nelsonlawoffice.com,
               deanna.trejo@nelsonlawoffice.com;NLO6276706ECF@gmail.com
              Deborah  Kanner Ebner    dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah  Kanner Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah K Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@deborahebnerlaw.com,
               sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                    TOTAL: 8
```