DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: SPORTS STATION, INC.                        Case No. 14-20092-CAD
                                                                                                      Chapter   7
Debtor

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $825,000.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $69,221.24 | Claims Discharged Without Payment: $1,868,854.49 |
| Total Expenses of Administration: $12,002.66 | |

3) Total gross receipts of $ 81,223.90 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $81,223.90 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $442,766.87 | $70,365.33 | $62,989.42 | $62,989.42 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,002.66 | 12,002.66 | 12,002.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 22.52 | 22.52 | 22.52 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,151,026.62 | 1,070,063.41 | 1,050,281.11 | 6,209.30 |
| **TOTAL DISBURSEMENTS** | $1,593,793.49 | $1,152,453.92 | $1,125,295.71 | $81,223.90 |

4) This case was originally filed under Chapter 7 on May 29, 2014. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/25/2015          By: /s/DEBORAH K. EBNER, Trustee
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| MB Financial Checking Account xxxxxx6123 | 1129-000 | 79,719.90 |
| LIQUIDATED DEBTS OWING DEBTOR | 1221-000 | 1,504.00 |
| **TOTAL GROSS RECEIPTS** | | **$81,223.90** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 25S | First Merit Bank, NA | 4210-000 | 419,077.67 | 70,365.33 | 62,989.42 | 62,989.42 |
| NOTFILED | Veneto, LLC | 4110-000 | 23,689.20 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$442,766.87** | **$70,365.33** | **$62,989.42** | **$62,989.42** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Arthur B. Levine Company | 2300-000 | N/A | 51.55 | 51.55 | 51.55 |
| DEBORAH K. EBNER, Trustee | 2100-000 | N/A | 7,311.20 | 7,311.20 | 7,311.20 |
| Deborah K. Ebner, Trustee | 2200-000 | N/A | 802.51 | 802.51 | 802.51 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | 2,830.50 | 2,830.50 | 2,830.50 |
| Rabobank, N.A. | 2600-000 | N/A | 38.22 | 38.22 | 38.22 |
| Rabobank, N.A. | 2600-000 | N/A | 127.51 | 127.51 | 127.51 |
| Rabobank, N.A. | 2600-000 | N/A | 112.70 | 112.70 | 112.70 |
| Rabobank, N.A. | 2600-000 | N/A | 124.18 | 124.18 | 124.18 |
| Rabobank, N.A. | 2600-000 | N/A | 120.12 | 120.12 | 120.12 |
| Rabobank, N.A. | 2600-000 | N/A | 104.46 | 104.46 | 104.46 |
| Rabobank, N.A. | 2600-000 | N/A | 131.38 | 131.38 | 131.38 |
| Rabobank, N.A. | 2600-000 | N/A | 115.73 | 115.73 | 115.73 |
| Rabobank, N.A. | 2600-000 | N/A | 103.42 | 103.42 | 103.42 |
| Rabobank, N.A. | 2600-000 | N/A | 15.07 | 15.07 | 15.07 |
| Rabobank, N.A. | 2600-000 | N/A | 14.11 | 14.11 | 14.11 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $12,002.66 | $12,002.66 | $12,002.66 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 28P | Illinois Department of Revenue | 5800-000 | N/A | 22.52 | 22.52 | 22.52 |
| NOTFILED | Internal Revenue Service | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $22.52 | $22.52 | $22.52 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wilson Sporting Goods Co | 7100-000 | 58,305.52 | 58,305.52 | 58,305.52 | 347.68 |
| 2 | STAHLS' ID DIRECT | 7100-000 | 1,292.86 | 1,292.86 | 1,292.86 | 7.71 |
| 3 | One Stroke Inks | 7100-000 | 3,525.35 | 3,525.35 | 3,525.35 | 21.02 |
| 4 | Cristall Thread & Supply Inc | 7100-000 | 1,935.83 | 1,935.83 | 1,935.83 | 11.54 |
| 5 | FISHER ATHLETIC | 7100-000 | 2,755.18 | 2,755.18 | 2,755.18 | 16.43 |
| 6 | SHOCK DOCTOR, INC. | 7100-000 | 4,721.86 | 4,918.30 | 0.00 | 0.00 |
| 7 | HOLLOWAY SPORTSWEAR, INC. | 7100-000 | 24,055.38 | 24,055.80 | 24,055.80 | 143.45 |
| 8 | HIGH FIVE SPORTSWEAR | 7100-000 | 8,781.63 | 8,781.63 | 8,781.63 | 52.37 |
| 9 | BAUER PERFORMANCE LACROSSE, INC. | 7100-000 | 11,657.72 | 11,657.72 | 11,657.72 | 69.52 |
| 10 | The Game | 7100-000 | 6,870.53 | 6,870.53 | 6,870.53 | 40.97 |
| 11 | MJ SOFFE, LLC | 7100-000 | 4,898.13 | 4,898.13 | 4,898.13 | 29.21 |
| 12 | SHOCK DOCTOR, INC. | 7100-000 | N/A | 4,918.30 | 4,918.30 | 29.33 |
| 13 | AUGUSTA SPORTSWEAR INC | 7100-000 | 1,386.85 | 1,386.85 | 1,386.85 | 8.27 |
| 14 -2 | Rawlings Sporting Goods Company Inc | 7100-000 | 117,773.00 | 109,109.31 | 109,109.31 | 650.63 |
| 15 | BPS Diamond Sports Inc fka Combat Sports InC | 7100-000 | 14,864.00 | 14,864.00 | 14,864.00 | 88.64 |
| 16 | REEBOK INTERN'L LTD | 7100-000 | 6,962.08 | 6,962.08 | 6,962.08 | 41.52 |
| 17 | AMPAC/ALLSTAR Enterprises Inc | 7100-000 | 8,393.72 | 10,464.27 | 10,464.27 | 62.40 |
| 18 | SPEEDWAY LLC | 7100-000 | 678.97 | 678.97 | 678.97 | 4.05 |
| 19 | First Communications LLC | 7100-000 | 4,792.10 | 13,396.70 | 13,396.70 | 79.89 |
| 20 | BPS Diamond Sports | 7100-000 | N/A | 14,864.00 | 0.00 | 0.00 |
| 21 | BB&T Commercial Finance | 7100-000 | 10,421.84 | 10,421.84 | 10,421.84 | 62.15 |
| 22 | Nicor Gas | 7100-000 | N/A | 998.35 | 998.35 | 5.95 |
| 23 | Alleson Athletic | 7100-000 | 25,658.43 | 26,836.19 | 26,836.19 | 160.03 |
| 24 | Richardson Sports Inc | 7100-000 | 6,512.96 | 6,533.19 | 6,533.19 | 38.96 |
| 25 | FirstMerit Bank, N.A. | 7100-000 | N/A | 379,222.42 | 379,222.42 | 2,261.36 |
| 26S | CMB, LLC | 7100-000 | N/A | 108,098.40 | 0.00 | 0.00 |
| 26U | CMB, LLC | 7100-000 | N/A | 223,306.66 | 331,405.06 | 1,976.22 |
| 27P | Pacific Headgear | 7200-000 | N/A | 5,576.00 | 5,576.03 | 0.00 |
| 27U | Pacific Headgear | 7200-000 | N/A | 0.03 | 0.00 | 0.00 |
| 28U | Illinois Department of Revenue | 7400-000 | N/A | 3,429.00 | 3,429.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | POCKET RADAR INC. | 7100-000 | 1,299.90 | N/A | N/A | 0.00 |
| NOTFILED | Preferred Communication Systems | 7100-000 | 615.00 | N/A | N/A | 0.00 |
| NOTFILED | PITNEY BOWES GLOBAL FINANCIAL SERVICES | 7100-000 | 201.00 | N/A | N/A | 0.00 |
| NOTFILED | PLASTIC DRESS- UP | 7100-000 | 6.67 | N/A | N/A | 0.00 |
| NOTFILED | PRO-FEET INC. | 7100-000 | 2,372.66 | N/A | N/A | 0.00 |
| NOTFILED | Peak Properties, LLC c/o: Marvin L Husby, III | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | PUKKA, INC | 7100-000 | 264.00 | N/A | N/A | 0.00 |
| NOTFILED | Proven Business Systems | 7100-000 | 2,195.00 | N/A | N/A | 0.00 |
| NOTFILED | S & S ACTIVEWEAR LLC | 7100-000 | 5,486.33 | N/A | N/A | 0.00 |
| NOTFILED | Sams Club Discover | 7100-000 | 2,550.73 | N/A | N/A | 0.00 |
| NOTFILED | RIP-IT SPORTING GOODS | 7100-000 | 1,403.12 | N/A | N/A | 0.00 |
| NOTFILED | Robert Huguelet | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Peak Properties c/o: Huguelet & Huguelet | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | RF LLC | 7100-000 | 7,529.70 | N/A | N/A | 0.00 |
| NOTFILED | OUTDOOR CAP COMPANY | 7100-000 | 15,988.62 | N/A | N/A | 0.00 |
| NOTFILED | LIBERTY MUTUAL INSURANCE | 7100-000 | 2,113.58 | N/A | N/A | 0.00 |
| NOTFILED | MARCO AWARDS GROUP | 7100-000 | 7,555.78 | N/A | N/A | 0.00 |
| NOTFILED | KRANOS CORPORATION dba Schutt Reconditio | 7100-000 | 38,555.03 | N/A | N/A | 0.00 |
| NOTFILED | Pacific Headgear | 7100-000 | 5,576.03 | N/A | N/A | 0.00 |
| NOTFILED | MARTIN SPORTS, INC. | 7100-000 | 240.61 | N/A | N/A | 0.00 |
| NOTFILED | JUST BASIC SPORTS, INC. | 7100-000 | 1,876.20 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 600.99 | N/A | N/A | 0.00 |
| NOTFILED | MARUCCI, LLC | 7100-000 | 14,864.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 322.36 | N/A | N/A | 0.00 |
| NOTFILED | Office Depot | 7100-000 | 578.04 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 2,074.98 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 24.62 | N/A | N/A | 0.00 |
| NOTFILED | SANMAR CORP | 7100-000 | 7,906.48 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 1,079.13 | N/A | N/A | 0.00 |
| NOTFILED | Santana Energy Services | 7100-000 | 899.10 | N/A | N/A | 0.00 |
| NOTFILED | TRI- MOUNTAIN | 7100-000 | 53.25 | N/A | N/A | 0.00 |
| NOTFILED | TWIN CITY KNITTING | 7100-000 | 15,781.71 | N/A | N/A | 0.00 |
| NOTFILED | TINLEY PARK POLICE DEPARTMENT | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Toshiba America Business Solut | 7100-000 | 1,343.25 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | UNDER ARMOUR, INC | 7100-000 | 17,578.14 | N/A | N/A | 0.00 |
| NOTFILED | Thillens, Inc. c/o: Walinski & Trunkett, P.C. | 7100-000 | 587.35 | N/A | N/A | 0.00 |
| NOTFILED | VENUS KNITTING MILLS | 7100-000 | 9.40 | N/A | N/A | 0.00 |
| NOTFILED | UPS | 7100-000 | 1,023.06 | N/A | N/A | 0.00 |
| NOTFILED | WASTE MANAGEMENT | 7100-000 | 654.07 | N/A | N/A | 0.00 |
| NOTFILED | WORTH | 7100-000 | 308.36 | N/A | N/A | 0.00 |
| NOTFILED | VILLAGE OF TINLEY PARK | 7100-000 | 1,013.28 | N/A | N/A | 0.00 |
| NOTFILED | WARRIOR SPORTS INC. | 7100-000 | 37,803.47 | N/A | N/A | 0.00 |
| NOTFILED | THE STADIUM CHAIR | 7100-000 | 1,056.00 | N/A | N/A | 0.00 |
| NOTFILED | VF IMAGEWEAR, INC | 7100-000 | 2,431.79 | N/A | N/A | 0.00 |
| NOTFILED | THE HARTFORD | 7100-000 | 3,569.09 | N/A | N/A | 0.00 |
| NOTFILED | JUGS SPORTS, INC | 7100-000 | 430.00 | N/A | N/A | 0.00 |
| NOTFILED | Santana Energy Services | 7100-000 | 4.24 | N/A | N/A | 0.00 |
| NOTFILED | Santana Energy Services | 7100-000 | 468.81 | N/A | N/A | 0.00 |
| NOTFILED | Rawlings Sporting | 7100-000 | 117,733.00 | N/A | N/A | 0.00 |
| NOTFILED | SCREENWORKS | 7100-000 | 475.60 | N/A | N/A | 0.00 |
| NOTFILED | Athletic Equipment Repair | 7100-000 | 18.95 | N/A | N/A | 0.00 |
| NOTFILED | Sign Outlet Store | 7100-000 | 912.74 | N/A | N/A | 0.00 |
| NOTFILED | SHELL | 7100-000 | 2,619.12 | N/A | N/A | 0.00 |
| NOTFILED | STONEWARE, INC. | 7100-000 | 1,625.00 | N/A | N/A | 0.00 |
| NOTFILED | SW Neonatalogis c/o: Sparacio & Allen | 7100-000 | 650.00 | N/A | N/A | 0.00 |
| NOTFILED | SOFT TOUCH BASES | 7100-000 | 182.00 | N/A | N/A | 0.00 |
| NOTFILED | SPORT WRITE | 7100-000 | 272.80 | N/A | N/A | 0.00 |
| NOTFILED | SKLZ | 7100-000 | 1,762.77 | N/A | N/A | 0.00 |
| NOTFILED | GILDAN USA INC | 7100-000 | 1,137.66 | N/A | N/A | 0.00 |
| NOTFILED | HUDSON ENERGY | 7100-000 | 734.78 | N/A | N/A | 0.00 |
| NOTFILED | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | 9,424.42 | N/A | N/A | 0.00 |
| NOTFILED | Hillerich & Bradsby Co. | 7100-000 | 1,640.72 | N/A | N/A | 0.00 |
| NOTFILED | ADAMS | 7100-000 | 2,563.35 | N/A | N/A | 0.00 |
| NOTFILED | CUTTER'S GLOVES | 7100-000 | 196.44 | N/A | N/A | 0.00 |
| NOTFILED | DIAMOND NEEDLE CORP. | 7100-000 | 46.80 | N/A | N/A | 0.00 |
| NOTFILED | COOK COUNTY VENDING | 7100-000 | 196.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 2,119.82 | N/A | N/A | 0.00 |
| NOTFILED | CHAMPRO SPORTS | 7100-000 | 4,597.79 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | CHARLES RIVER APPAREL | 7100-000 | 304.16 | N/A | N/A | 0.00 |
| NOTFILED | DRYMAX SPORTS, LLC | 7100-000 | 473.83 | N/A | N/A | 0.00 |
| NOTFILED | EASTON BELL SPORTS INC | 7100-000 | 143,386.24 | N/A | N/A | 0.00 |
| NOTFILED | GMASTER LLC - CONSOLIDATED | 7100-000 | 616.60 | N/A | N/A | 0.00 |
| NOTFILED | GRAPHIC MARKING SYSTEMS | 7100-000 | 2,881.00 | N/A | N/A | 0.00 |
| NOTFILED | GAME SPORTSWEAR, LTD | 7100-000 | 64.76 | N/A | N/A | 0.00 |
| NOTFILED | FIRST AID ONLY | 7100-000 | 118.47 | N/A | N/A | 0.00 |
| NOTFILED | Easton Sports, Inc. c/o: Spilotro Law Group LLC | 7100-000 | 151,692.00 | N/A | N/A | 0.00 |
| NOTFILED | EVOSHIELD, LLC | 7100-000 | 1,951.50 | N/A | N/A | 0.00 |
| NOTFILED | Cascade Holdings, LLC. | 7100-000 | 18,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Cascade Holdings c/o: Pedersen & Houpt | 7100-000 | 30,001.00 | N/A | N/A | 0.00 |
| NOTFILED | AME INNOVATIONS, INC. - ACCUBAT | 7100-000 | 895.05 | N/A | N/A | 0.00 |
| NOTFILED | Anderson Pest Solutions | 7100-000 | 181.50 | N/A | N/A | 0.00 |
| NOTFILED | ALLESON ATHLETIC - PERFORMANCE UA DEALER | 7100-000 | 57,517.69 | N/A | N/A | 0.00 |
| NOTFILED | Advance to the Top, Inc. | 7100-000 | 3,495.00 | N/A | N/A | 0.00 |
| NOTFILED | ALL AMERICAN PAINT CO. | 7100-000 | 2,600.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 1,608.99 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 268.67 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Mobility | 7100-000 | 80.39 | N/A | N/A | 0.00 |
| NOTFILED | Cardmember Service | 7100-000 | 42,654.17 | N/A | N/A | 0.00 |
| NOTFILED | BRODER BROS. | 7100-000 | 661.21 | N/A | N/A | 0.00 |
| NOTFILED | Brine, Inc. | 7100-000 | 7,323.49 | N/A | N/A | 0.00 |
| NOTFILED | BOXERCRAFT / Capital Business Credit LLC | 7100-000 | 702.27 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,151,026.62** | **$1,070,063.41** | **$1,050,281.11** | **$6,209.30** |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-20092-CAD  
**Case Name:** SPORTS STATION, INC.

**Period Ending:** 11/25/15

**Trustee:** (330480) DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 05/29/14 (f)  
**§341(a) Meeting Date:** 07/16/14  
**Claims Bar Date:** 09/17/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  First Merit Bank Account #xx-xxxx-9850 | 0.00 | 0.00 | | 0.00 | FA |
| 2  MB Financial Checking Account xxxxxx6123 | 108,098.40 | 0.00 | | 79,719.90 | FA |
| 3  Accounts Payable | 825,000.00 | 0.00 | | 0.00 | FA |
| 4  Inventory - Liquidated | 0.00 | 0.00 | | 0.00 | FA |
| 5  LIQUIDATED DEBTS OWING DEBTOR  (u) | Unknown | Unknown | | 1,504.00 | FA |
| 5  **Assets**  Totals (Excluding unknown values) | **$933,098.40** | **$0.00** | | **$81,223.90** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Final  Report submitted to UST 6/11/2015.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2017    **Current Projected Date Of Final Report (TFR):**    June 25, 2015  (Actual)

Printed: 11/25/2015 06:27 PM    V.13.25

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-20092-CAD  
**Case Name:** SPORTS STATION, INC.  
**Taxpayer ID #:** **-***8531  
**Period Ending:** 11/25/15

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/16/14 | {2} | MB Financial Bank | turnover of debtor's checking account | 1129-000 | 79,719.90 | | 79,719.90 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.22 | 79,681.68 |
| 07/09/14 | {5} | The Salvation Army-Ray & Joan Kroc Corps. Comm Ctr. | | 1221-000 | 1,064.00 | | 80,745.68 |
| 07/10/14 | {5} | Mount Assisi Academy | | 1221-000 | 440.00 | | 81,185.68 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 127.51 | 81,058.17 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.70 | 80,945.47 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.18 | 80,821.29 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.12 | 80,701.17 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.46 | 80,596.71 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.38 | 80,465.33 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.73 | 80,349.60 |
| 02/11/15 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #14-20092, Bond # 10BSBGR6291 | 2300-000 | | 51.55 | 80,298.05 |
| 02/20/15 | 102 | DEBORAH K. EBNER, Trustee | Surcharge per court order per 11 USC Section 506c | 2100-000 | | 6,786.27 | 73,511.78 |
| 02/20/15 | 103 | Deborah K. Ebner, Trustee | Ref # EXPENSE SURCHARGE PER 506 | 2200-000 | | 589.64 | 72,922.14 |
| 02/20/15 | 104 | First Merit Bank, NA | Stopped on 02/21/15 | 4210-000 | | 70,365.33 | 2,556.81 |
| 02/21/15 | 104 | First Merit Bank, NA | Stopped: check issued on 02/20/15 | 4210-000 | | -70,365.33 | 72,922.14 |
| 02/21/15 | 105 | First Merit Bank, NA | distribution net of surcharge | 4210-000 | | 62,989.42 | 9,932.72 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.42 | 9,829.30 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.07 | 9,814.23 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.11 | 9,800.12 |
| 08/05/15 | 106 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $7,311.20, Trustee Compensation; Reference: | 2100-000 | | 524.93 | 9,275.19 |
| 08/05/15 | 107 | Deborah K. Ebner, Trustee | Dividend paid 100.00% on $802.51, Trustee Expenses; Reference: EXPENSE SURCHARGE PER 506 | 2200-000 | | 212.87 | 9,062.32 |
| 08/05/15 | 108 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $2,830.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,830.50 | 6,231.82 |
| 08/05/15 | 109 | Illinois Department of Revenue | Dividend paid 100.00% on $22.52; Claim# 28P; Filed: $22.52; Reference: | 5800-000 | | 22.52 | 6,209.30 |
| 08/05/15 | 110 | Wilson Sporting Goods Co | Dividend paid 0.59% on $58,305.52; Claim# 1; Filed: $58,305.52; Reference: | 7100-000 | | 347.68 | 5,861.62 |
| 08/05/15 | 111 | STAHLS' ID DIRECT | Dividend paid 0.59% on $1,292.86; Claim# 2; Filed: $1,292.86; Reference: | 7100-000 | | 7.71 | 5,853.91 |
| 08/05/15 | 112 | One Stroke Inks | Dividend paid 0.59% on $3,525.35; Claim# 3; | 7100-000 | | 21.02 | 5,832.89 |

Subtotals : $81,223.90  $75,391.01

{} Asset reference(s)

Printed: 11/25/2015 06:27 PM   V.13.25

# Form 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 14-20092-CAD | **Trustee:** | DEBORAH K. EBNER, Trustee (330480) | |
| **Case Name:** | SPORTS STATION, INC. | **Bank Name:** | Rabobank, N.A. | |
| | | **Account:** | ******5966 - Checking Account | |
| **Taxpayer ID #:** | **-***8531 | **Blanket Bond:** | $5,000,000.00 (per case limit) | |
| **Period Ending:** | 11/25/15 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Filed: $3,525.35; Reference: | | | | |
| 08/05/15 | 113 | Cristall Thread & Supply Inc | Dividend paid 0.59% on $1,935.83; Claim# 4; Filed: $1,935.83; Reference: | 7100-000 | | 11.54 | 5,821.35 |
| 08/05/15 | 114 | FISHER ATHLETIC | Dividend paid 0.59% on $2,755.18; Claim# 5; Filed: $2,755.18; Reference: | 7100-000 | | 16.43 | 5,804.92 |
| 08/05/15 | 115 | HOLLOWAY SPORTSWEAR, INC. | Dividend paid 0.59% on $24,055.80; Claim# 7; Filed: $24,055.80; Reference: | 7100-000 | | 143.45 | 5,661.47 |
| 08/05/15 | 116 | HIGH FIVE SPORTSWEAR | Dividend paid 0.59% on $8,781.63; Claim# 8; Filed: $8,781.63; Reference: 12913 | 7100-000 | | 52.37 | 5,609.10 |
| 08/05/15 | 117 | BAUER PERFORMANCE LACROSSE, INC. | Dividend paid 0.59% on $11,657.72; Claim# 9; Filed: $11,657.72; Reference: | 7100-000 | | 69.52 | 5,539.58 |
| 08/05/15 | 118 | The Game | Dividend paid 0.59% on $6,870.53; Claim# 10; Filed: $6,870.53; Reference: | 7100-000 | | 40.97 | 5,498.61 |
| 08/05/15 | 119 | MJ SOFFE, LLC | Dividend paid 0.59% on $4,898.13; Claim# 11; Filed: $4,898.13; Reference: | 7100-000 | | 29.21 | 5,469.40 |
| 08/05/15 | 120 | SHOCK DOCTOR, INC. | Dividend paid 0.59% on $4,918.30; Claim# 12; Filed: $4,918.30; Reference: | 7100-000 | | 29.33 | 5,440.07 |
| 08/05/15 | 121 | AUGUSTA SPORTSWEAR INC | Dividend paid 0.59% on $1,386.85; Claim# 13; Filed: $1,386.85; Reference: | 7100-000 | | 8.27 | 5,431.80 |
| 08/05/15 | 122 | Rawlings Sporting Goods Company Inc | Dividend paid 0.59% on $109,109.31; Claim# 14 -2; Filed: $109,109.31; Reference: XXXX-X-XX1332 | 7100-000 | | 650.63 | 4,781.17 |
| 08/05/15 | 123 | BPS Diamond Sports Inc fka Combat Sports InC | Dividend paid 0.59% on $14,864.00; Claim# 15; Filed: $14,864.00; Reference: | 7100-000 | | 88.64 | 4,692.53 |
| 08/05/15 | 124 | REEBOK INTERN'L LTD | Dividend paid 0.59% on $6,962.08; Claim# 16; Filed: $6,962.08; Reference: | 7100-000 | | 41.52 | 4,651.01 |
| 08/05/15 | 125 | AMPAC/ALLSTAR Enterprises Inc | Dividend paid 0.59% on $10,464.27; Claim# 17; Filed: $10,464.27; Reference: | 7100-000 | | 62.40 | 4,588.61 |
| 08/05/15 | 126 | SPEEDWAY LLC | Dividend paid 0.59% on $678.97; Claim# 18; Filed: $678.97; Reference: | 7100-000 | | 4.05 | 4,584.56 |
| 08/05/15 | 127 | First Communications LLC | Dividend paid 0.59% on $13,396.70; Claim# 19; Filed: $13,396.70; Reference: 1FC027084290500 | 7100-000 | | 79.89 | 4,504.67 |
| 08/05/15 | 128 | BB&T Commercial Finance | Dividend paid 0.59% on $10,421.84; Claim# 21; Filed: $10,421.84; Reference: 715 | 7100-000 | | 62.15 | 4,442.52 |
| 08/05/15 | 129 | Nicor Gas | Dividend paid 0.59% on $998.35; Claim# 22; Filed: $998.35; Reference: | 7100-000 | | 5.95 | 4,436.57 |
| 08/05/15 | 130 | Alleson Athletic | Dividend paid 0.59% on $26,836.19; Claim# 23; Filed: $26,836.19; Reference: 23033 | 7100-000 | | 160.03 | 4,276.54 |
| | | | Subtotals : | | $0.00 | $1,556.35 | |

{} Asset reference(s)

Printed: 11/25/2015 06:27 PM   V.13.25

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 14-20092-CAD  
**Case Name:** SPORTS STATION, INC.  
**Taxpayer ID #:** **-***8531  
**Period Ending:** 11/25/15

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/05/15 | 131 | Richardson Sports Inc | Dividend paid 0.59% on $6,533.19; Claim# 24; Filed: $6,533.19; Reference: SP604T | 7100-000 | | 38.96 | 4,237.58 |
| 08/05/15 | 132 | FirstMerit Bank, N.A. | Dividend paid 0.59% on $379,222.42; Claim# 25; Filed: $379,222.42; Reference: XX-X-X0308 | 7100-000 | | 2,261.36 | 1,976.22 |
| 08/05/15 | 133 | CMB, LLC | Dividend paid 0.59% on $331,405.06; Claim# 26U; Filed: $223,306.66; Reference: | 7100-000 | | 1,976.22 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 81,223.90 | 81,223.90 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 81,223.90 | 81,223.90 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$81,223.90** | **$81,223.90** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5966** | 81,223.90 | 81,223.90 | 0.00 |
| | **$81,223.90** | **$81,223.90** | **$0.00** |

{} Asset reference(s)

Printed: 11/25/2015 06:27 PM    V.13.25